UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANTHONY THOMAS CHERNETSKY, | ) | 3:06-cv-00252-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 12, 2012 |
| | ) | |
| THE STATE OF NEVADA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>  KATIE OGDEN  </u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's Motion to Set Trial Date (Doc. #64). Plaintiff's motion is premature as the defendants have not filed an answer to the complaint nor has the deadline for filing a joint pre-trial order and proposed trial dates passed. L.R. 16–3; 16-4. Plaintiff's motion (Doc. #64) is therefore **DENIED.**

Plaintiff's motion, however, brings to the Court's attention that the defendants have not filed an answer to those claims which survive. The **defendants shall file an answer to plaintiff's complaint on or before June 26, 2012.**

Also before the Court is plaintiff's Notice of Intent to Proceed with Mediation (Doc. #58). If the defendants wish to participate in a mediation, defendants shall file a notice of intent re same on **or before June 26, 2012.** If defendants elect to proceed with mediation, the Court will delay entering a scheduling order until after the mediation has been conducted. If, however, the defendants decline to proceed with mediation, the Court will enter a Scheduling Order upon the filing of defendants' answer.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  <u>     /s/                    </u>
Deputy Clerk