# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANTHONY THOMAS CHERNETSKY, | ) | 3:06-cv-00252-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 28, 2013 |
| | ) | |
| THE STATE OF NEVADA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court are Defendants' Motion for Extension of Time to File Stipulation and Proposed Order for Partial Dismissal [Third Request] (Doc. # 114) and Motion for Status Conference (Doc. # 115).  Defendants request a status conference to address the settlement reached at the early mediation conference held on February 26, 2013, and also seek an extension of time to file the proposed stipulation and order for partial dismissal.

Defendant's motion (Doc. # 115) is **GRANTED.**   The Courtroom Deputy shall schedule a status conference to address the matters discussed in Defendants' motions (Docs. # 114 and # 115) and Plaintiff's Motion for Leave to File Amended Complaint (Doc. # 91).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK


By: _____/s/_____

Deputy Clerk