# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANTHONY THOMAS CHERNETSKY, | ) | 3:06-cv-00252-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 19, 2013 |
| | ) | |
| THE STATE OF NEVADA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KATIE LYNN OGDEN</u>  REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendants' Motion to Strike Plaintiff's Notice of Non Opposition to Status Conference Request.  (Doc. # 121.)  Defendants submit that Plaintiff's notice (Doc. # 120)[1] contains certain confidential settlement communications which were to be maintained confidential and not part of the public record and, therefore, should be struck (*id* at 1-2).

In accordance with this court's previous orders concerning the confidentiality of the mediation process, including mediation statements and the terms of any settlement achieved (Doc. ## 72, 73, 77, 78, 82, 85), and good cause appearing, Defendants' motion (Doc. # 121) is **GRANTED.**  The Clerk shall **STRIKE** and **RETURN** Plaintiff's notice (Doc. # 120).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
            Deputy Clerk

---

[1] Defendants reference Doc. # 252 as Plaintiff's notice, which is a typographical error.