UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ANTHONY THOMAS CHERNETSKY,　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff,　　　　　　)
　　　　　　　　　　　　　　　　　　)　　CASE NO.: 3:06-CV-00252-RCJ-WGC
v.　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
STATE OF NEVADA, et al.,　　　　　　)　　O R D E R
　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendants.　　　　　)

The Court has considered the Report and Recommendation of United States Magistrate (ECF #140) entered on August 14, 2013, in which the Magistrate Judge recommends that the Court enter an order denying Plaintiff's Motion for Leave to File Amended Complaint (ECF #91). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #140).

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File Amended Complaint (ECF #91) is DENIED.

IT IS SO ORDERED this 17TH day of September, 2013.

_____
ROBERT C. JONES
UNITED STATES CHIEF DISTRICT JUDGE