# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY THOMAS CHERNETSKY,<br><br>  Plaintiff,<br><br>v.<br><br>THE STATE OF NEVADA, *et al.,*<br><br>  Defendants. | Case No.:  3:06-CV-00252-RCJ-WGC<br><br>**ORDER SETTING HEARING** |

**ORDER IN CHAMBERS**

   Presently before the Court, is Plaintiff's Motion for Civil Contempt (ECF #198) and Motion to Stay Pending Appeal (ECF #201).   Accordingly,

   IT IS HEREBY ORDERED that an EVIDENTIARY HEARING  is set for 10:00 A.M. Monday, January 4, 2016, in RENO COURTROOM 6, before Judge Robert C. Jones.

   IT IS SO ORDERED this 18th day of December, 2015.

_____
ROBERT C. JONES
District Judge