UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY THOMAS CHERNETSKY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>STATE OF NEVADA et al., )<br>)<br>Defendants. )<br>_____ ) | 3:06-cv-00252-RCJ-WGC<br><br>**ORDER** |

    This case arises out of Defendants' refusal to permit Plaintiff to use certain artifacts during religious rituals and the confiscation of some of those artifacts. The Court granted summary judgment to Defendants and denied summary judgment to Plaintiff as to claims two through nine. However, as to the first claim for failure to permit the use of a sweat lodge for Wiccan religious rituals, the Court granted summary judgment to Plaintiff in part and to Defendants in part, ruling that Defendants could not deny the use of the sweat lodge to Wiccans under the same conditions that it permitted its use to Native Americans. The Court denied motions to reconsider. The parties cross-appealed. Oral argument on the appeal has been continued pending settlement negotiations. In the meantime, Plaintiff asked the Court to hold Defendants in civil contempt for failure to comply. The Court denied the motion both as moot and on the merits. Plaintiff has asked the Court to reconsider. The Court declines to reconsider.

///

///

///

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Reconsider (ECF No. 236) is DENIED.

IT IS HEREBY ORDERED that the Motion to Extend Time (ECF No. 237) is GRANTED.

IT IS SO ORDERED.

Dated: This 12th day of December, 2016.

_____
ROBERT C. JONES
United States District Judge