# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY THOMAS CHERNETSKY, | Case No.: 3:06-CV-00252-RCJ-WGC |
| Plaintiff, | ORDER SETTING TELEPHONIC STATUS CONFERENCE |
| Vs. | |
| THE STATE OF NEVADA, *et al.,* | |
| Defendants. | |

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, having affirmed in part, vacated in part and remanded to the District Court for the purposes of determining whether there is still a dispute. Accordingly,

IT IS ORDERED that a Telephonic Status Conference is set for 1:30P.M., Tuesday, May 14, 2019, in Reno Courtroom 3, before Judge Robert C. Jones.

IT IS FURTHER ORDERED that the Office of the Attorney General shall arrange for the Plaintiff to be present by telephone and shall contact the Courtroom Deputy, Lesa Ettinger, (775) 686-5670, on or before 4:00 P.M. Thursday, May 9, 2019, to advise her of the number where Plaintiff may be reached at the time of the hearing.

IT IS FURTHER ORDERED that counsel shall dial from a land line into the AT&T Meet-Me-Line (1-888-675-2535); Access Code No.: 2900398; and Security Code No.: 051419 five (5) minutes prior to the hearing. Counsel shall remain on the line until such time as the Court joins the call and convenes the proceeding.

IT IS FURTHER ORDERED the parties shall file a Joint Status Report with the Court on or before 4:00P.M., Thursday, May 9, 2019.

IT IS SO ORDERED.

Dated this 24th day of April, 2019.

_____
ROBERT C. JONES
Senior District Judge