

Anthony Thomas Chernetsky #44502
Warm Springs Correctional Center
PO Box 7007
Carson City, Nevada 89702
Plaintiff In Proper Person

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY THOMAS CHERNETSKY,<br>                                    Plaintiff,<br>vs.<br><br>THE STATE OF NEVADA et al.,<br>                                    Defendants. | Case No. 3:06-CV-00252-RCJ-WGC<br><br><br>**MOTION FOR SUMMARY JUDGMENT** |

COMES NOW the plaintiff, acting without the assistance of counsel, and hereby submits his Motion for Summary Judgment pursuant to this Courts Order (DK269). This Motion is made and based upon all pleadings and documents on file in this matter, including the appellate filings, the following Points and Authorities and Argument with the attached Affidavit.

Dated this 29ᵗʰ day of September 2020.

Anthony Thomas Chernetsky
Plaintiff In Proper Person

## MEMORANDUM OF POINTS AND AUTHORITIES AND ARGUMENT

### I. STATEMENT OF THE CASE

This matter is on remand after the Defendant's abandoned their appeal at the Ninth Circuit. After attempts to resolve the issue of anointing oils (natural/essential oils), this Court has directed the parties to submit motions for Summary Judgment on this issue. (Docket #269).

### II. LEGAL STANDARD

"The purpose of summary judgment is to avoid unnecessary trails where there is no dispute as to the facts before the court." Northwest Motorcycle Ass'n v. U.S. Dep't of Agric., 18 F.3d 1468. 1471 (9ᵗʰ Cir. 1994). Rule 56 of the FRCvP states that "The court shall grant summary judgment if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." (Emphasis added.)

The moving party bears the burden of informing the court of the basis for its motion, together with evidence demonstrating the absence of any genuine issue of material fact. Celotex Corp. v. Catrett, 477 U.S. 317, 323 (1986). Although evidence may be submitted in an inadmissible form, only evidence which might be admissible at trial may be considered by a trial court in ruling on a motion for summary judgment. FRCvP 56(c). See also Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 248-250 (1986).

## III. SUMMARY JUDGMENT

Plaintiff submits that the following facts are not in dispute.

1) That on appeal to the Ninth Circuit the Defendants moved to voluntarily dismiss their appeal (9th Cir. Docket Entry 64 in case No. 14-17015 & 15-15146), see Exhibit 'A' attached hereto.
2) That on 11 December 2017 the Ninth Circuit filed a Memorandum as its final order. See attached Exhibit 'B.'
3) That on 14 May 2019 a hearing was held in order to determine the status of this case regarding natural anointing oils. At this hearing counsel for the Defendants read into the record the ingredients of the product sold by the NDOC (for profit) for use as 'religious oil.' The Court noted that there was no 'oil' contained in the product, to which counsel for the Defendants agreed. The Court then made it clear that the Ninth Circuit Order clearly said that Plaintiff was entitled to natural oils.
4) That Plaintiff attempted to obtain a settlement with the Defendants regarding essential/natural oils as directed by this Court. See attached Exhibit 'C' for correspondence between Plaintiff and Defendants counsel.
5) That Plaintiff attempted to obtain natural oils but the Chaplain at the Warm Springs Correctional Center interfered with this request even though the request was properly executed. See attached Exhibit 'D.'
6) That since Defendants voluntary dismissal of their appeal, wherein they notified the Ninth Circuit of Plaintiff's renewed access to anointing oils, Plaintiff has not been permitted such access.
7) The Dyaddic Book of Shadows, which has already previously been submitted as evidence in this case, has been referenced extensively and shows the need and proper use of natural oils for ritual. See attached Exhibit 'E.'

## IV. ARGUMENT

Plaintiff has provided ample evidence that natural oils are an essential part of his worship and rituals, and Defendants have failed at every turn to rebut that evidence. So much so that Defendants ABANDONED their position for standing by changing the relevant portions of AR810 and VOLUNTARILY DISMISSED their appeal. Plainly, Defendants lack standing to argue against summary judgment being granted for plaintiff on the issue of Natural Oils as they acquiesced to natural oil access by their own hand. (See Exhibit 'A'). Then also by the Mandate of the Ninth Circuit. (See Exhibit 'B').

Plaintiff submits that the facts presented by him are material and indisputable. Defendants cannot controvert these facts by providing evidence to negate any essential element to plaintiff's case nor can they claim a failure to make a showing sufficient to establish an essential element of his

case.  There are no factual disputes left.  Defendants assented to Plaintiff's access to natural anointing oils when they told the Ninth Circuit they changed their regulation and the Court above issued its memorandum.

## V. CONCLUSION

Plaintiff asks that the Court Grant Summary Judgment in his favor and that it order that Wiccans be permitted to purchase from AzureGreen the oils listed within the Dyaddic Book of Shadows so that they may be used in Wiccan Ritual and Ceremonies.

Dated this 29ᵗʰ day of September 2020.

Anthony Thomas Chernetsky
Plaintiff In Proper Person

## CERTIFICATE OF SERVICE

I hereby certify that I mailed a true and correct copy to the following:

DOUG RANDS, DAG
100 N. Carson Street
Carson City, NV  89701

Dated this 29ᵗʰ day of September 2020.

Anthony Thomas Chernetsky
Plaintiff In Proper Person

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTHONY THOMAS CHERNETSKY,

                        Plaintiff,

    vs.

THE STATE OF NEVADA et al.,

                      Defendants.

Case No. 3:06-CV-00252-RCJ-WGC

**AFFIDAVIT OF
ANTHONY THOMAS CHERNETSKY**

       I, ANTHONY THOMAS CHERNETSKY, being first duly sworn under penalty of perjury, do hereby depose and declare the following:

1) I am a citizen of the United States of America, and am over the age of 21.
2) I am incarcerated within the Nevada Department of Corrections and am confined at the Warm Springs Correctional Center in Carson City, Nevada.
3) I am the Plaintiff in the above-captioned matter and am making this Affidavit in support of my Motion for Summary Judgment.
4) That the exhibits attached hereto are true and correct copies and I have personal knowledge of their contents and am competent to testify regarding the information they contain if the Court so requires.
5) That the information contained within the foregoing Motion for Summary Judgment is factual unless stated upon belief or information.

                    FURTHER, YOUR AFFIANT SAYETH NAUGHT!

This Affidavit is made under penalty of perjury pursuant to 28 U.S.C. § 1746.

Dated this **29th** day of September 2020.

                                          Anthony Thomas Chernetsky
                                        Plaintiff In Proper Person

EXHIBIT 'A'
Defendants Motion to Voluntarily Dismiss Appeal

## IN THE UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

ANTHONY THOMAS
CHERNETSKY,

    Plaintiff-Appellee/Cross-Appellant

    v.

STATE OF NEVADA; GLENN
WHORTON; JACK PALMER;
CHERI SCOTT; LENARD VARE;
ROBERT LEGRAND, Warden;
DOROTHY NASH HOLMES; JANE
FORAKER-THOMPSON; DONALD
HELLING,

    Defendants-Appellants/Cross-
Appellees.

No. 14-17015
No. 15-15146

USDC 3:06-CV-00252-RCJ-WGC
District of Nevada, Reno

**DEFENDANTS-APPELLANTS'
MOTION TO VOLUNTARILY
DISMISS APPEAL**

## I.    INTRODUCTION

In early September 2017, the Nevada Department of Corrections—under a

new administration—revised its regulations governing inmates' religious practices.

These revisions, among other things, conform to the District Court's Order

allowing Anthony Thomas Chernetsky to use a sweat lodge for Wiccan religious

purposes. Because of the recent regulatory revisions, Defendants-Appellants are no

longer aggrieved by the District Court's Order and they wish to voluntarily dismiss

their appeal pursuant to Federal Rule of Appellate Procedure 42.[1]

. . .

---

[1] Chernetsky has indicated that he opposes this Motion.

1

## II.   STATEMENT OF FACTS

This case involves an inmate civil rights action regarding Wiccan religious accommodations. Chernetsky alleges that the Nevada Department of Corrections ("NDOC") is violating his right to exercise his religion under the Religious Land Use and Institutionalized Persons Act ("RLUIPA"), 42 U.S.C. §§ 2000cc, *et seq.* As relevant to the State's appeal, Chernetsky asserts that NDOC's Administrative Regulation 810 ("AR 810") violates his rights as a Wiccan under RLUIPA because it prohibits him from using a sweat lodge for religious purposes. *See* SEOR0016; Second Br. on Cross-Appeal 33-65.

On cross-motions for summary judgment, the United States Magistrate ruled in January 2014 that there was "a genuine dispute of material fact … as to whether AR 810's ban on Wiccan access to the sweat lodge is supported by compelling governmental interests that are the least restrictive means of furthering those interests." SEOR0033.   The Magistrate therefore recommended that the District Court deny both parties' motions for summary judgment on the sweat lodge issue. SEOR0049.   The   District   Court,   however,   rejected   the   Magistrate's recommendation in part. SEOR0012.

The District Court agreed that the State has a compelling interest in resource management that justifies its refusal to build Chernetsky his own sweat lodge. SEOR0013. But because Chernetsky's prison already had a sweat lodge available

2

for Native American religious purposes, the District Court reasoned that "[t]he State can simply permit both groups to use the same lodge." *Id.* The District Court thus granted summary judgment in favor of Chernetsky and ordered that the State "shall permit Plaintiff to use the existing lodge for his Wiccan rituals on terms comparable to those under which Native American prisoners are permitted to use the same structure for similar purposes." SEOR0014. The District Court denied reconsideration. SEOR0009-11.

The State appealed the sweat lodge ruling and Chernetsky cross-appealed the grant of summary judgment against some of his other claims. While on appeal, the parties engaged in extensive settlement discussions which necessitated continuing a previously scheduled November 2016 oral argument. *See* Joint Status Report Dkt. 67 (Mar. 31, 2017). The parties conducted settlement discussions from October 2016 to March 2017 but were unsuccessful and thereafter jointly asked the Court to reset oral argument. *Id.*

As described in the Defendants-Appellants' concurrently filed Motion for Judicial Notice, NDOC recently revised provisions of AR 810 on September 5, 2017 and September 11, 2017. The newly revised Nevada Department of Corrections Religious Practice Manual (AR 810.3) removed Section (D)(1) that previously stated "[o]nly Native Americans are allowed a sweat lodge ...." *Compare* Ex. 1, p.22 § D *with* Dkt. #38 Ex. B, p.22 § D. The revised version of the

3

Religious Practice Manual now contains a new Section H that governs religious sweat lodge use for both Native Americans and Earth-based religious, including Wiccans. Ex. 1, pp.25-27 § H. The revised Nevada Department of Corrections Faith Group Overview (AR 810.2) also reflects this change. It states that Wiccans are permitted to practice the "sweatlodge ceremony." Ex. 2, p. 18. Under the currently enacted versions of these regulations, Chernetsky is permitted access to a sweat lodge to exercise his religion.

Since the current provisions of AR 810 address the District Court's Order, Defendants-Appellants are no longer aggrieved by the ruling below and any order of this Court will not affect their substantive rights or have any legal effect on Defendants-Appellants' appeal.

## III.   ARGUMENT

Federal Rule of Appellate Procedure 42(b) allows a party to move for voluntarily dismissal of its appeal. This "court has discretion in deciding whether to dismiss an appeal on appellant's motion under Rule 42(b)." *Shellman v. U.S. Lines, Inc.*, 528 F.2d 675, 678 (9th Cir. 1975). There is a presumption in favor of dismissal and Rule 42(b) motions are generally granted. *Albers v. Eli Lilly & Co.*, 354 F.3d 644, 646 (7th Cir. 2004); *Am. Auto. Mfrs. Ass'n v. Comm'r, Mass. Dep't of Envtl. Prot.*, 31 F.3d 18, 22 (1st Cir. 1994). This Court most often denies opposed motions to voluntarily dismiss in "situations in which the appellee has

shown financial or other injury caused by prosecution of the appeal." *U.S. v. State of Wash., Dep't of Fisheries*, 573 F.2d 1117, 1118 (9th Cir. 1978).

Here, NDOC's revisions to AR 810 address the District Court's adverse ruling against Defendants-Appellants so they no longer have a legal or substantive interest in pursuing this appeal. Chernetsky will not be prejudiced by Defendants-Appellants' request to voluntarily dismiss because he is the beneficiary of the District Court's ruling below and that ruling will still stand. Chernetsky remains able to litigate his cross-appeal, even though some of his claims of error are likely mooted by the revised regulations. *See, e.g.,* Second Br. on Cross-Appeal 67-73 (anointing oil). Chernetsky has not suffered any financial costs as a result of Defendant-Appellants' appeal because he is represented by pro bono counsel and he would have incurred any costs as a result of his cross-appeal. Therefore, the Court should allow Defendants-Appellants to voluntarily dismiss their appeal.

…

…

…

## IV.    CONCLUSION

Defendants-Appellants respectfully request that their appeal be voluntarily dismissed.

Dated this 13th day of September 2017.

ADAM PAUL LAXALT
Attorney General

By:    /s/ Jordan T. Smith
JORDAN T. SMITH
Assistant Solicitor General
Nevada Bar No. 12097
555 E. Washington Street
Las Vegas, Nevada 89101
jsmith@ag.nv.gov
Tel. (702) 486-3894
*Attorneys for Defendants-Appellants*

## CERTIFICATE OF COMPLIANCE

1.      This Motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because it contains 927 words, as determined by the word-count function on Microsoft Word 2013.

2.      This Motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in proportionally spaced typeface using Microsoft Word 2013 Times New Roman 14-point font.

By:     /s/ Jordan T. Smith
        JORDAN T. SMITH
        Assistant Solicitor General
        Nevada Bar No. 12097

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on September 13, 2017.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.


s/ Sandra Geyer
Sandra Geyer, an employee of the office
of the Attorney General for the State of
Nevada

EXHIBIT 'B'
Ninth Circuit Memorandum

**FILED**

NOT FOR PUBLICATION

DEC 11 2017

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANTHONY THOMAS CHERNETSKY, | No. 15-15146 |
| Plaintiff-Appellant, | D.C. No. 3:06-cv-00252-RCJ-WGC |
| v. | |
| STATE OF NEVADA; GLENN WHORTON; JACK PALMER; CHERI SCOTT; LENARD VARE; ROBERT LEGRAND, Warden; DOROTHY NASH HOLMES; JANE FORAKER-THOMPSON; DONALD HELLING, | MEMORANDUM[*] |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the District of Nevada
Robert Clive Jones, District Judge, Presiding

Argued and Submitted September 19, 2017
San Francisco, California

Before: GOULD, CLIFTON, and WATFORD, Circuit Judges.

Anthony Thomas Chernetsky challenged several alleged restrictions on his

religious exercise pursuant to Religious Land Use and Institutionalized Persons

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Act (RLUIPA).  The district court granted Chernetsky summary judgment on his

main claim: a claim for access to prison sweat lodges.  It granted summary

judgment to defendants on all other claims.  Defendants appealed the sweat lodge

ruling and Chernetsky appealed the ruling on his other claims.  We affirm in part,

vacate in part, and remand.

After the filing of this appeal, the Nevada Department of Corrections

Religious Practice Manual (AR 810) was amended.  The revisions to the manual

affect some of the issues in this appeal.

The manual now allows "earth-based religious adherents [for whom sweat

lodge use] constitutes 'religious exercise'" to use a sweat lodge.  We thus

previously granted the State's motion to voluntarily dismiss its appeal. The only

issues that remain arise from Chernetsky's cross-appeal.

The district court granted defendants' motion for summary judgment against

Chernetsky's claim regarding anointing oils.  The AR 810 changes also implicate

his access to oils.  The manual now lists "[n]on-flammable, non-toxic anointing

oil" as an allowed "item[] of Group Religious Property" for "all Faith Groups."

That appears to provide Chernetsky with the relief he sought.  We vacate the

summary judgment on the issue of natural anointing oils and remand so that the

district court may determine whether there is still a dispute and, if so, to adjudicate it based on the current provisions.

Chernetsky appeals the district court's grant of summary judgment against him on his claim regarding his request for unpaid time off. Chernetsky failed to demonstrate that he asked for and was denied time off. On appeal, Chernetsky argues that the state denied other prisoners' requests for time off, but that does not establish that he was injured or was deprived of the ability to practice his religion. Thus, we affirm the summary judgment in favor of defendants on the work proscription days claim.

Chernetsky appeals the district court order denying his motion for leave to amend his complaint. The proposed amended complaint attempted to revive Chernetsky's constitutional claims. These claims had not been part of the case since 2007. A denial of a motion for leave to amend is reviewed for abuse of discretion. *AmerisourceBergen Corp. v. Dialysist W., Inc.*, 465 F.3d 946, 949 (9th Cir. 2006). It was not "illogical, implausible, or without support in inferences that may be drawn from the record" for the district court to conclude that adding a variety of constitutional claims to a case that had been pending for seven years would cause delay and prejudice defendants. *See United States v. Hinkson*, 585

3

F.3d 1247, 1262 (9th Cir. 2009). We affirm the district court's denial of

Chernetsky's motion for leave to amend his complaint.

Chernetsky appeals the summary judgment on his claim regarding a

prohibition on the use of open fires during ceremonies on the ground that the claim

had become moot. He agrees that the ban was no longer in effect at the time the

district court ruled against him, but he appeals based on a concern that he will be

precluded from presenting his challenge in the future if the ban on fires is

reinstated. For collateral estoppel to apply, "the issue must be identical" to an

issue that was critical to a prior judgment. *Beauchamp v. Anaheim Union High

Sch. Dist.*, 816 F.3d 1216, 1225 (9th Cir. 2016). Accordingly, the result in this

case will not prevent Chernetsky from challenging some future prohibition on the

use of open fires. If the current policy is modified to limit the use of open fires, the

issue would not be identical to the issue decided by the district court. As such, we

do not exercise the equitable remedy of vacatur, which has as its purpose the

avoidance of "an unfair application of collateral estoppel." *In re Burrell*, 415 F.3d

994, 1000 (9th Cir. 2005).

The district court granted summary judgment against Chernetsky on his

claim regarding books. On appeal, Chernetsky argues that the regulations were

revised before summary judgment, mooting his claim regarding books. However,

he does not provide an explanation of how the regulations were revised so as to moot his claim or why summary judgment was erroneous.  We affirm the summary judgment regarding books.

The district court granted summary judgment against Chernetsky on his claims regarding individual possession of herbs and incenses.  Chernetsky argues that this claim was moot at the time the district court ruled on it.  Chernetsky has not cited any change in regulation that establishes his claims were moot when decided by the district court.  We affirm the summary judgment regarding individual possession of herbs and incenses claims.

Each party to bear its own costs.

**AFFIRMED IN PART, VACATED IN PART; REMANDED.**

EXHIBIT 'C'
Correspondence with DAG CARR

Anthony Thomas Chernetsky #44502

Warm Springs Correctional Center

P.O. Box 7007

Carson City, Nevada 89702


3 May 2019


Deputy Attorney General Ian Carr

100 North Carson Street

Carson City, Nevada 89701


RE: Teleconference Call on 2 May 2019, Case 3:06-00252-RCJ-WGC


Dear Mr. Carr:


      I am writing you in regards to our conversation yesterday.  I will be including some information for your review with the hopes that this matter can be drawn to a close with both sides being satisfied with the outcome. As you know there are many issues relating to this Chaplain here at WSCC. Not only does Chaplain Snyder sit on the Religious Review Team, but he is also the impediment keeping the Earth Based Religious Groups from having the materials donated for the Sweathouse.  I know that some of the information I'm sending you is not directly related to the current matter, however, if I only pulled out the 'oil' information you would not be able to see the entire scope of what we are having to deal with.

      I've tabbed the specific Oil request so that you can find it with ease as it was included in my AR 339 Complaint relating to the Chaplain actions, or lack thereof. I felt that if I had pushed any harder for a positive resolution that I would have be transferred around again, and I am trying not to have that happen anymore. Needless to say, nothing proactive was done by filing the AR 339 Complaint as the Chaplains behavior has gotten worse.

      As you'll see there is included herein a copy of the price increases that the NDOC utilizes against the Earth Based Groups for the limited number of herbs available through the canteen. Out of forty plus herbs these are the only ones they'll allow us to purchase, and Chaplain Snyder says that we are only allowed to purchase through the canteen. He will not allow us to purchase through AzureGreen as we've done for twenty plus years. This goes for our Natural/Essential Oils too. The following are the list of ingredients that are contained within the 'Religious Oil' sold to us through the canteen services:

                Dipropylene glycol, Fragrance, Phenoxetol (and) Isopropylparaben (and) Isobutylparaben (and) butylparaben

                {These are the ingredients on ALL of the 'oils' from canteen}

**Page 2**

These Religious Oils are from:

      **Prime Products, USA**

      15 Germay Dr. – Suite 100

      Wilmington, Delaware 19804

As I told you during our conversation, Prime Products, USA also sells Essential Oils. I've included a short printout from their website so that you can see that the same place the non-oil 'Religious Oils' come from also make most of what we need.

      The first attachment that follows is a list of the Oils from the Dyaddic Book of Shadows. You'll find that this list contains all of the Oils represented within that text as was used as an exhibit in this case.

      I hope that this helps going forward. Please contact me if you need to talk about anything.

      Thank you for your time.

                Sincerely Yours,

                Anthony Thomas Chernetsky

Enclosures

Cc: file

19 May 2019

Anthony Thomas Chernetsky #44502
Warm Springs Correctional Center
P.O. Box 7007
Carson City, NV  89702


Deputy Attorney General Ian Carr
100 North Carson Street
Carson City, NV  89701

Re: 3:06-CV-252-RCJ-WGC  Doc. No. 262 Court's Order to provide information on oils

Dear Mr. Carr:

       This letter is to comply with Judge Jones' Order for us to confer on the remaining matter of natural/essential oils.  This is difficult to do because I am not able to determine what he would consider "over-the-counter" oils because I cannot just go shopping for these items.  However, I am able to represent what was previously available for the Earth-Based Religious Groups, and I can represent facts related to the vendor that the NDOC is using for their non-natural religious oils that are currently available through the canteen.

       As you are aware, the Ninth Circuit ruled that because the NDOC changed their Administrative Regulation to include natural oils, that this is the sole remaining issue for resolution here.  The assumption has been made by the Court that the current religious oils are on the canteen shelf available for purchase at any time.  This is not true.  WE must first obtain permission from the Chaplain, then we have to submit a special order form, and then we wait for an order to arrive at the institution.  The whole process can take many weeks depending upon the Chaplain's desire to answer such requests.  So our current time restrictions severely hamper our ability to resolve this matter before Judge Jones issues a ruling on Summary Judgment.

       Personally, I see an opportunity for us to settle the remaining issue.  However, it would probably mean taking time out of your schedule to sit down with me here at WSCC for an hour or so to hammer out the details.  So what I will do is list some options for you to consider.

1) I propose that Earth-Based Religious Practitioners be permitted to purchase from AzureGreen.net essential/blended/natural oils for ritual use as AzureGreen has been used for 30 plus years as an approved religious store for Pagans.  They package their products in plastic for us because of our institutional needs and we have never had any problems with their services.  The list of oils would be those listed within the Dyaddic Book of Shadows that I have already provided to you.  None of these oils are toxic in nature nor are they any more volatile than the mineral oil contained in baby oil or other products sold in the canteen.  The process would be use of an approval form, then having the items ordered from AzureGreen.  When the items arrive, they would be inspected, as normal for incoming items/donations, then they would be

made available for use under the current security parameters for access. (please look at AR810 page 29 and Faith Group Overview Chart page 2 where an outside vendor is appropriate)

> (Note) If you are not willing to allow us to purchase outside of the canteen, then permit the same as above, only through the Donation process.

2) If you are not wiling to do the whole list of oils provided to you, then the following are the list of priority oils for ritual use in order of importance (short list):
   Dragon's Blood
   Lavender
   Oak Moss
   Rose
   Juniper
   Cedar
   Musk (Egyptian or regular)
   (These oils come as essential or blended natural oils from AzureGreen.net)

3) There is also the option where, because I am the one that sued, then you can say that I am the only one who can have essential/natural oils sent in for ritual use. This is not my preference, but as I understand Judge Jones' indications, we are to figure this out or he will do it for us, because the Ninth Circuit was clear.

I would like for you to know that we do not use anointing oils in a combustible manner. Just as there is the potential for people to misuse any of the items sold to them by the canteen, there are also the built-in consequences for such abuse/misuse. The use for oils is fully described within the Dyaddic Book of Shadows (pages 13-15).

Another issue needs to be addressed here. As I have already sent you a copy of the way the NDOC is severely overcharging for the herbs they make available on the canteen, I feel we should clean this up before the profit making on religious practices causes someone to file on this too. I also do not want to see any mark ups on religious/spiritual items for Earth-Based Religious Groups. I think it would be the right thing to do to make it so that Earth-Based Groups can either purchase their religious items from AzureGreen and also be allowed to have them donated from an outside person through the donation process that already exists. Simply put, the NDOC should not be permitted to profit on our faith practices as they already hold a monopoly on where we buy our non-spiritual items.

Something that you should be aware of is that the oils marketed as Religious Oils by Prime Products USA all contain:
   Glycol - also called diols and they make up a class of alcohols used in antifreeze and as solvents in paints.
   Propylene glycol - used chiefly as a lubricant, as an antifreeze, as a heat transfer liquid, and as a solvent for fats, oils, waxes, and resins.
   Isopropyls - a group of alcohols used in disinfectants, deodorizers and solvents.

<u>Butyls</u> - used in special purpose rubbers to prevent degradation from oils, sunlight, gasoline, and air.

<u>Isobutylene</u> - used in the production of high-octane gasoline and butyl-rubber.

So we are being sold a man-made fragrance mixed with these items, not good.

After this matter is concluded, there still remains the issue of my fees and costs. I spent a little over $4,500 on this matter and am willing to forego a portion of that if we are able to agree on a just settlement here. Key to any settlement would be that AzureGreen be an authorized store of purchase for Earth-Based Religious Ritual supplies such as oils, herbs, and incense. We should probably have a conversation so we can resolve everything we can.

In closing, I hope that we can get this resolved so that this matter is wrapped up. Please call me or come see me so that we can draw this to a close.

Sincerely Yours,

Anthony Thomas Chernetsky

# Price Increases Relating To Earth Based Religious Items - Herbs

| Item | Size | Canteen Price | AzureGreen 1618 Herbal Packets | NDOC Price Increase % | AzureGreen Brand | Price | NDOC Price Increase % |
|---|---|---|---|---|---|---|---|
| Lemon Balm | 1/2 oz | $10.83 | 1 oz @ $2.95 | 734% | | same | |
| Mugwort | 1/2 oz | $10.83 | 1 oz @ $2.95 | 734% | | same | |
| Spearmint | 1/2 oz | $10.83 | 1 oz @ $2.95 | 734% | 1oz / 2oz | $1.95 / $2.95 | 1110% / 1468% |
| Lemon Verbena | 1/2 oz | $10.83 | 1 oz @ $3.95 | 548% | | same | |
| Yarrow | 1/2 oz | $10.83 | 1 oz @ $2.95 | 734% | 1oz / 2oz | $1.95 / $3.95 | 1110% / 1097% |
| Willow Bark | 1/2 oz | $10.83 | 1 oz @ $2.95 | 734% | 2oz | $3.95 | 1097% |
| Osha Root | 1/2 oz | $12.50 | unavailable | unavailable | 1oz / 2oz | $3.95 / $6.95 | 633% / 719% |
| Sage | 1/2 oz | $5.83 | 1 oz @ $4.95 | 236% | 2oz | $4.95 | 471.11% |

AARON D. FORD
*Attorney General*

KYLE GEORGE
*First Assistant Attorney General*

CHRISTINE JONES BRADY
*Second Assistant Attorney General*



JESSICA L. ADAIR
*Chief of Staff*

RACHEL J. ANDERSON
*General Counsel*

HEIDI PARRY STERN
*Solicitor General*

STATE OF NEVADA
OFFICE OF THE ATTORNEY GENERAL
100 North Carson Street
Carson City, Nevada 89701
June 6, 2019

via Hand-Delivery

Anthony Thomas Chernetsky #44502
Warm Springs Correctional Center (WSCC)
P.O. Box 7007
Carson City, Nevada 89702

Re:   *Chernetsky v. State of Nevada, et al., 3:06-cv-00252-RCJ-WGC*
*Correspondence and Ongoing Anointing Oils Dispute*

Dear Mr. Chernetsky:

I have received your letter dated May 19, 2019. I note that I did not receive it until May 28, 2019.

As to whether "natural" anointing oils are required: I note that AR 810.02 allows "[n]on-flammable, non-toxic anointing oil[s,]" but does not include the adjective "natural" or otherwise specify which ingredients the anointing oils must contain.

I have attempted to research whether your proposal to purchase your desired oils from the vendor AzureGreen would be feasible. My contacts within NDOC have informed me that AzureGreen refuses to do business with NDOC inmates because of a contractual dispute. I contacted AzureGreen customer service, and the representative alleged to me that AzureGreen still ships products to NDOC facilities, but has not shipped any oils, herbs, or incense in recent years. I will continue to research the situation to determine whether AzureGreen can or cannot be used as an approved vendor for NDOC inmates. It appears at minimum that AzureGreen's oils, herbs, and incense are barred, and I will attempt to determine the reason.

I further note that during the status conference held on May 14, 2019, Judge Jones did not find it unreasonable that NDOC inmates should acquire oils through the existing NDOC canteen system. To that end, I contacted the manufacturer of the oils available through the canteen system, Prime Products, USA. In your previous correspondence (dated May 3, 2019), you mentioned that Prime Products, USA offers "essential" oils that would suffice as a

9 June 2019

Anthony Thomas Chernetsky #44502
Warm Springs Correctional Center
P.O. Box 7007
Carson City, NV  89702


Deputy Attorney General Ian Carr
100 North Carson Street
Carson City, NV  89701

Re: Chernetsky v. State of Nevada, et al., 3:06-CV-252-RCJ-WGC  Correspondence and
ongoing dispute relating to essential oils

Dear Mr. Carr:

I have received your letter dated June 6, 2019.  I am a bit concerned that you indicate that
my previous letter to you did not make it to you until May 28, 2019.  Correctional Officer
Needham inspected the letter on 19 May and it was sealed and placed into the institutional
mailbag that evening.  This means that it went out on the 20th of May.  Mailroom staff have also
indicated they do not hold up mail, especially legal mail.  I will look into this further.

You referenced AR 810.02 in your letter.  I do recall Judge Jones indicating that the
Ninth Circuit Memorandum referenced Natural Oils after you read him the list of ingredients in
the current oils.  Further, that Judge Jones mentioned that I am entitled to oils and that we should
work this out or he would issue an Order on Summary Judgment.

You mentioned your "contacts" within the NDOC stating that AzureGreen refuses to do
business with NDOC inmates because of a contractual dispute.  I would hope that you were
provided more information on that specific topic, because it is not true.

1) NDOC inmates are not involved in contractual disputes with any New Age/Pagan
   supply store and

2) The NDOC attempted to obtain a contract with AzureGreen and AzureGreen refused
   because the NDOC wanted to profit off of our religious supplies.

There should be no reason to deny requests for any of our religious items from AzureGreen.  The
reason there have been no purchases of incense, oils or herbs from AzureGreen recently is
because we are told things like "we are currently reviewing" who the outside vendors will be, or
that you "must purchase religious items only through the canteen."  We are told this even when
the Chaplain knows that the items needed are not available through the canteen.

You mention in your letter your reliance upon AR 810.02, yet you then later choose to
rely upon Judge Jones not finding it unreasonable that we have to purchase through the canteen.

- AR810 Faith Group Overview Chart page 2 paragraph A. The following items are… "available from the canteen or an approved outside vendor only." (Oils) [AR810 consistently says anointing <u>oils</u> / scented <u>oils</u> NOT FRAGRANCES as are currently being sold]
- Judge Jones specifically stated, in response to you listing the ingredients of the fragrances currently sold to us, that the Ninth Circuit said that I am entitled to Natural Oils. This is why he wanted us to work this out, so he would not have to issue an Order on Summary Judgment.

The position you seem to take in your letter appears to disregard what your office previously informed the Ninth Circuit of when your office abandoned your appeal. This is not about who has the upper-hand, but about what is current in this matter due to the rulings already issued. The complaint dealt with natural anointing oils (essential or blended oils) and the Ninth Circuits Memorandum filed on ·      December 11, 2017 also reflects this. Additionally, Judge Jones specifically mentioned natural oils during our status conference.

You visited the topic of the NDOC not being allowed to permit "any substance with the potential for flammability or toxicity into its institutions for use by inmates." This is a bold assertion and frankly does not reflect reality in our institutional settings. For this to be true, then you would have to get rid of almost everything in the NDOC. The list is so long that it is not prudent for me to include it in this letter. But instead, I will recite what I told you previously - NOTHING THAT IS BEING ASKED FOR WITHIN THIS SUIT IS ANY MORE VOLATILE THAN THE ITEMS ALREADY AVAILABLE FROM THE NDOC CANTEEN.

I have no problems negotiating with you/your office and your clients. However, your letter provided me nothing with which to consider for possible counter-offer or resolution. As I do not feel Judge Jones deserves for this to drag on, I would say that we should come to an agreement on a specific period of time that we should talk. My suggestion would be to have a resolution, one way or the other, by the end of June 2019. If this is okay with you, then please notify the Court of our intentions. I do believe that our best, and quickest, results would come from us sitting down and working things out here at WSCC. This way if there is an impasse, then Judge Jones can be notified and no one will be spinning their wheels awaiting a self imposed deadline.

Let me know how you would like to proceed, and generally note that I am okay with either of our current options. Thank you for your time in this matter. I hope to see you soon.

Sincerely Yours,

Anthony Thomas Chernetsky

EXHIBIT 'D'
Request for Oils to Chaplain Snyder

*Rec'd 7/29/1
By scutilis
Forwarded
Chaplain*

# NDOC Religious Property Request Form
## (Submit all requests to the Chaplain/Designee)

Date: 20 September 2017    NDOC# 44502    Housing: 2C3B

Name: CZERNETSKY, ANTHONY THOMAS

Your declared religion: WICCA    Institution: WSCC

List the items for which you are requesting approval:

Personal: _____

_____

_____

_____

_____

_____

_____

| Instructions |
|---|
| 1) Submit the completed form to the Chaplain. |
| 2) After receipt of the signed form, you may order the approved items. |
| 3) All approved items must be ordered through the Canteen. |
| 4) Upon arrival, the items will be distributed through the Canteen and Property room. |
| **Note** |
| - Only order religious items allowed by AR 810 |
| - Only order items allowed for your declared faith |
| - Failure to follow this procedure may result in a delay or denial of your request. |

Group: Essential Oils : •Dragon's Blood, •Musk, •Patchouly •Rose, Citron, sandalwood, Juniper, Copal •Lavender, Mint, Clove, myrrh Oakmoss, Cypress, pine and honey suckle.

Items from AzureGreen.net
Will be in plastic containers.

**ALL REQUESTS ARE PROCESSED IN ACCORDANCE WITH AR 810 and NDOC RELIGIOUS PRACTICE MANUAL.**

Reviewing Chaplain: Richard Snyder    Date: 12/8/17

Notes: OILS MUST BE APPROVED FIRST
BY RPT BEFORE USE →
Sig MEMO

Warden/designee _____    Date: _____
Approved [ ]    Denied [ ]

Notes: _____

_____

Cc: Property, Mailroom, I/File, Chaplain, Canteen, File

RECEIVED
OCT 2 2017
By_____

Nevada Department of Corrections
Warm Springs Correctional Center
Office of the Chaplain

To:         Chernetsky, Anthony  44502      2C 3B

From:       Chaplain Richard Snyder *Richard Snyder*

Date:       December 8, 2017

Subject:    Request for purchase of essential oils

According to the current Faith Group Overview, use of oils is conditioned upon (1) a limit of six 1-ounce plastic bottle and (2) pre-approval from the Religious Review Team prior to obtaining scented oils.

Please re-submit this request on the attached form for consideration by the RRT at its next meeting, which will be held in January.

Your other requests for incense and for herbs have been recommended for approval, and you should be receiving a copy of those days within a week

AS OF 2 FEBRUARY 2018 still NO RESPONSE ON THIS

Snyder Omw from
December 8, 2017
Essential oils . . .

# Request for Accommodation of Religious Practices   WRONG FORM

Inmates requesting the introduction of a new component to Religious practices currently allowed within the Department (new religion, service, property or attire) must provide the Chaplain/designee with a comprehensive description of the religion or component by completing this form.

Your request must be submitted on this form. Supplemental material may be attached, but consideration will primarily be given to the material submitted on the completed form. Please print all information.  Illegible/incomplete requests will cause delays or may not be considered.

Please allow 120 days for a response

| A. Inmate Name | NDOC # | Institution |
|---|---|---|
| **Declared Faith:** | | |

**B. What would you like to change or add?**

**C. Please give detailed explanation on why this change or addition is needed.**

**D. List your source of authority for this change.**

| | |
|---|---|
| Inmate Signature | Date Submitted |
| Chaplain/Designee | Date Forwarded to RRT |
| RRT Signature | Date Forwarded to DD |
| Deputy Director's Signature | Date Response to Offender |

Result of Request                                              DOC 3505 (rev 09/10)

## INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| CHERNETSKY, Anthony | 44582 | ZC 3B | 12-12-17 |

4.) REQUEST FORM TO: (CHECK BOX)

\_\_ CASEWORKER    \_\_ MEDICAL    \_\_ MENTAL HEALTH    \_\_ CANTEEN

\_\_ EDUCATION    \_\_ VISITING    \_\_ LAW LIBRARY    \_\_ DENTAL

\_\_ LAUNDRY    \_\_ PROPERTY ROOM    \_\_ SHIFT COMMAND

    X OTHER Chapel

5.) NAME OF INDIVIDUAL TO CONTACT: Chaplin Snyder

6.) REQUEST: (PRINT BELOW) Per your 12-8-17 memo. Please find attached My RRT Request for the following Oils:

DRAGONS BLOOD    JUNIPER    OAKMOSS

MUSK    COPAL    CYPRESS

ROSE    LAVENDAR    HONEYSUCKLE

PATCHOULI    MINT    They will come from

CITRON    CLOVE    Azure green, not in plastic

SANDALWOOD    MYRRH    containers. Thank you.

7.) INMATE SIGNATURE _Anthony Thomas Chernetsky_    DOC # 44582

8.) RECEIVING STAFF SIGNATURE _____ DATE _____

*********************************************************************

9.) RESPONSE TO INMATE

_____

_____

_____

_____

_____

_____

_____

10.) RESPONDING STAFF SIGNATURE _____ DATE _____

DOC – 3012 (REV. 7/01)

EXHIBIT 'E'
Dyaddic Book of Shadows

# Contents

CHARGE OF THE GODDESS ................. 1

CHARGE OF THE GOD ................. 2

WHY CIRCLE AND LODGE? ................. 3

CONSTRUCTION OF THE COVEN CIRCLE ................. 4

CONSTRUCTION OF THE STAR LODGE ................. 4

CONSTRUCTION AND USE OF THE STONE PIT ................. 5

PREPARATION OF THE STAR LODGE ................. 6

ITEMS NEEDED FOR THE STAR LODGE RITUAL ................. 7

THE GREAT RITE OF THE STAR LODGE ................. 8

COVEN CIRCLE TOOLS ................. 10
   WAND ................. 10
   ATHAME ................. 10
   CHALICE ................. 10
   PENTACLE ................. 10
   CENSER ................. 11
   INCENSE ................. 11
   BOWLS ................. 11
   BELL ................. 11
   CANDLES ................. 11
   CANDLE HOLDERS ................. 11
   ESSENTIAL OILS ................. 11
   LARGE CAULDRON ................. 12
   STATUES ................. 12
   ALTAR CLOTHS ................. 12
   STAFFS ................. 12

i

## PREFACE

Dear seeker of knowledge,

Within the pages of this sacred Book of Shadows, you will find the teachings of the Wiccan tradition of Dyadd, more commonly known as DYADDIC WICCA. This tradition of Wicca is very shamanistic, and central to the practice is the Coven Circle and the Star Lodge.

This is a Book of Shadows of the Dyaddic Wicca, and should not fall into the hands of those that have not been initiated into the DYADDIC TRADITION OF WICCA.

This Book of Shadows is not for sale, and can only be obtained through the proper initiation of a High Priestess or High Priest from the direct line of Dyadd.

Protect these sacred texts with your life.
Keep secret these rites as well as you can.

May the Goddess Bless, and the Hunter Protect.

**Blessed be!**

RITUAL DRESS ................................. 12
MEDICINE BAGS ............................... 12
PERSONAL JEWELRY .......................... 13
RINGS .......................................... 13
POWER STONES AND CRYSTALS ............. 13

STAR LODGE PREPARATIONS .................. 13

SAMPLE SMUDGING AND ANOINTING RITUAL ... 14

TIMING: WHEN TO HOLD A STAR LODGE RITUAL ... 15

CASTING OF THE COVEN CIRCLE ............... 15

RITUALS OF THE STAR LODGE .................. 23
OCTOBER 31st. SAMHAIN STAR LODGE ........ 23
DECEMBER 21st. YULE STAR LODGE ........... 25
FEBRUARY 1st. IMOLC STAR LODGE ........... 27
MARCH 21st. OSTARA STAR LODGE ............ 29
MAY 1st. BEALTAINE STAR LODGE ............. 32
JUNE 21st. LITHA STAR LODGE ................ 35
AUGUST 1st. LUGHNASADH STAR LODGE ...... 37
SEPTEMBER 21st. MABON STAR LODGE ........ 38

TYPES OF STAR LODGE RITUAL ................. 39
SEED MOON .................................... 39
HARE MOON .................................... 39
DYAD MOON .................................... 40
MEAD MOON .................................... 40
WORT MOON .................................... 40
BARLEY MOON .................................. 40
BLOOD MOON ................................... 40
SNOW MOON .................................... 40
OAK MOON ..................................... 40
WOLF MOON .................................... 40
STORM MOON ................................... 41
CHASTE MOON .................................. 41

VISION QUESTS ................................ 41
ELDER RITUAL OF STAR LODGE ............... 41
JUNIOR RITUAL OF STAR LODGE ............. 41

SONGS AND PRAYER LIST FOR STAR LODGE RITE ... 42
ROUND ONE .................................... 42
ROUND TWO .................................... 42
ROUND THREE .................................. 43

SONGS .......................................... 43
STONE BROTHERS ............................... 43
THE OCEAN (Round) ............................ 43
THE WITCHING HOUR ........................... 44
DIRECTIONAL CHANT ........................... 44
AIR I AM ...................................... 45
TRIPLE GODDESS CHANT and COME TO US ..... 45
TOO-MIT ....................................... 45
THE WITCHES' RUNE ........................... 46
SHE CHANGES EVERYTHING SHE TOUCHES ..... 46
TOUCHING HER DEEP ........................... 47
WE ARE ONE WITH THE SOUL OF THE EARTH ... 47
WE ALL COME FROM THE GODDESS and HOOF
   AND HORN ................................... 47
THE GODDESS SINGS ........................... 47
SNAKE WOMAN (Call & Response) .............. 48
ISIS, ASTARTE ................................. 48
MALE I AM ..................................... 48
AIR I AM ...................................... 49
HORNED ONE, HUNTER, SON and HECATE,
   CERRIDWEN ................................. 49
BETWEEN THE WORLDS ........................ 49

ADDITIONAL SONGS ............................ 50
EVENING BREEZE .............................. 50
EPONA ......................................... 50
ISIS, HEART OF THE MOUNTAIN ............... 50
GOD CHANT .................................... 50

## CHARGE OF THE GODDESS

Listen to the words of the Great Mother, who of old was called Artemis, Astarte, Demeter, Melusine, Aphrodite, Cerridwen, Diana, Arianrhod, Brigid, Hecate, Isis, and by many other names...

I am the beauty of the green earth and the white moon, and the mysteries of the waters.  From me all things proceed and unto me they must return.  Let my worship be in the heart that rejoices, for all acts of love and pleasure are my rituals.  Let there be beauty and strength, power and compassion, mirth and reverence within you.  And you who seek to know me, know that your seeking and yearning will avail you not, unless you know the mystery: If that which you seek, you find not within yourself, you will never find it without.  For behold, I have been with you from the beginning, and I am that which is attained at the end of desire.

BLESSÉD BE .......................................................... 50

INCENSE RECIPES
SAMHAIN ........................................................... 51
YULE ..................................................................... 51
IMBOLC ............................................................... 51
OSTARA ............................................................... 51
BELTANE ............................................................. 51
LITHA ................................................................... 52
LUGHNASSAD ................................................... 52
MABON ................................................................ 52

LUNAR .................................................................... 52
SEED MOON ...................................................... 52
HARE MOON ..................................................... 52
DYAD MOON ..................................................... 52
MEAD MOON ..................................................... 53
WORT MOON ..................................................... 53
BARLEY MOON ................................................. 53
BLOOD MOON ................................................... 53
SNOW MOON ..................................................... 53
OAK MOON ........................................................ 53
WOLF MOON ..................................................... 53
STORM MOON ................................................... 54
CHASTE MOON ................................................. 54
CLEANSING ....................................................... 54
PROTECTION ..................................................... 54
COVEN CIRCLE ................................................. 55

ANOINTING OILS .................................................. 55

COVEN CIRCLE OIL .............................................. 55

1

## CHARGE OF THE GOD

Listen to the words of the Dark God, who was of old called Iakchos, Donn, Anubis, Hades, Setesh, Hoder, & by many other names:

I am the shadow in the bright day; I am the reminder of mortality at the height of living. I am the neverending veil of Night where the Star Goddess dances. I am the Death that must be so that Life may continue, for behold, Life is immortal because the living must die.

I am the strength that protects, that limits; I am the power that says No, and No further, and That Is Enough. I am the things that cannot be spoken of, and I am the laughter at the edge of Death.

Come with me into the warm enfolding dark; feel my caresses in the hands, in the mouth, in the body of one you love, and be transformed.

Gather in the moonless night and speak in unknown tongues; the Dark Mother and I will listen. Sing to us and cry out, and the Power will be yours to wield.

Blow me a kiss when the sky is dark, and I will smile, but no kiss returns, for my kiss is the final one for all mortal flesh.

## WHY CIRCLE AND LODGE?

Dyaddic Witches strive to achieve balance in all that they do. Therefore, there can be no day without night, no Moon without Sun, no happiness without sorrow, no pleasure without pain. Above all, there can be no Goddess without the God. The Goddess, unchecked by the God would result in the over growth of the planet, and all would die from lack of space. The God unchecked by the Goddess would result in the planet never having enough resources to go around, and all would die from famine. The Goddess and God are not in a struggle of life and death, but are in a delicately balanced dance of life, death and rebirth.

The Coven Circle is the supreme home of the God. Rituals of harvest, death and Solar radiance, as well as preparations to enter the Star Lodge are performed in the Coven Circle. The fire pit in the middle of the coven Circle is where the God manifests. All of the powers associated with the Witches is to be found and gained within the Coven Circle. Though the Goddess is present at all times, the God rules the Coven Circle and all of the rituals performed within it.

The Star Lodge is the supreme home of the Goddess. Rituals of planting, fertility, birth, rebirth and Lunar Illumination are performed in the Star Lodge. The male, Solar rituals that were started in the Coven Circle, are completed within the Womb of the Mother. Though the God is present at all times, the Goddess rules the Star Lodge and all of the rituals performed within it.

The Stone Brothers that are prayed over, and heated in the fire pit are the seeds of the God. The pit within the Star Lodge is treated as the Womb of the Great Mother. The seeds are placed in the womb, and with the sacred songs of power, our personal energy and prayers, the Goddess gives birth to that which we need. Be it fertility, protection or purification.

By taking part in both Coven Circle and Star Lodge rituals, we are blessed with being able to witness and co-create the eternal dance of the Goddess and the God.

## CONSTRUCTION OF THE COVEN CIRCLE

The construction of the Coven Circle, or Home of the Horned One, shall be at all cost done outdoors. Temporary, inside Circles may be built, but only if there is no suitable land for the Circle to be built. The reason for this is because next to the Coven Circle, you will build your Star Lodge, or Womb of the Mother.

The Coven Circle will be no smaller than thirteen (13) feet in diameter, and no larger than twenty six (26) feet in diameter. At each compass point of the outer circle will be placed two large stones to mark the entrance to the Circle will be placed large stones to mark the Elemental Powers that are to be called upon within the Circle. Other smaller stones shall be placed around the Circle in honor of Spirit Guides, and Power Animals. Smaller stones will fill in the gaps that may exist after the first stones have been placed. Sacred flowers, herbs, shrubs and trees will be planted just inside of the Circle of stones to ensure that the Coven Circle is always full of life. In the center of the Coven Circle, a fire pit shall be placed that will be able to hold and control a small bale fire. The Altar can be of any shape the Coven agrees upon, as long as it can be moved to face the proper direction of the season.

## CONSTRUCTION OF THE STAR LODGE

There are two types of Star Lodge construction. The oldest and best is the Celtic Star Lodge, or "Teack-on-alias." This is constructed by building a small stone or brick "igloo" and covering it with soil. Grass and local plants are then planted over this structure so that it will blend into the local landscape. Ventilation is provided by a small hole in the roof that is covered with a stone or animal hide while in ritual. The entrance is arched, and just large enough for a person to crawl through. The entrance is covered with a thick animal hide or blanket to ensure that no light enters the Star Lodge while in ritual.

The floor to the Star Lodge can be of two types. It can be laid with flag stone, or it can be of bare earth. A pit must be placed

in the center of the floor that is round and deep enough to hold 25-30 medium sized river, or lava stones. The Star Lodge should not be any smaller than nine (9) feet, and no larger than fifteen(15) feet in diameter. Nor should it exceed the height of four and one half (4½) feet tall.

The Willow Star Lodge is constructed out of willow branches that form a dome skeleton. Between two of the main support branches is placed an arched doorway that is just big enough for a man to crawl through. The floor is bare, and stone pit is the same as above. Heavy animal hides, or blankets are used to cover the Star Lodge and keep out any light during ritual. Several blankets are placed over the door after everyone has entered the Star Lodge. The size of this structure is the same as the Celtic Star Lodge.

More common is the Willow Star Lodge, but the Celtic Star Lodge has the added power of being below the earth, and not above it.

## CONSTRUCTION AND USE OF THE STONE PIT

The Stone pit is placed directly in front of the entrance to the Star Lodge. It will be placed at such a distance from the Star Lodge as not to be a fire hazard to the occupants of the Star Lodge, and close enough that the Fire Keeper will not have to carry the empowered stones too great a distance. Approximately twenty (20) feet from the entrance is the average distance to the stone pit.

The stone pit is constructed by digging an oval, or egg shaped, hole in the ground. The section of the pit that is closest to the Star Lodge will be the most narrow, and the most shallow. The section that is the farthest from the Star Lodge will be the deepest, and also the widest.

The soil that is dug up will be placed on the outer edge of the pit to form a small wall or hill that encompasses the entire pit, minus the entrance to the pit, which is located at the most narrow point.

What you are left with is an egg shaped pit that slopes from the entrance downward to the base of the pit. The base of the pit

5

4

will be flat, and large enough to hold a small bonfire that has twenty-four (24) to thirty (30) medium sized river, or lava stones. The pit need not be deeper than three (3) feet, but shall be clear of any fire hazard to the local area.

The pit is "set" by the Fire Keeper and the High Priestess and/or the High Priest. Three (3) large pieces of wood are placed in the pit. Smaller pieces of wood are laid over the first layer of wood to form a platform. On top of this platform is placed a layer of stones and smaller pieces of wood. On top of this is placed another layer of wood, and then another layer of stones. This is done until all of the stones being used are piled and layered. Around this pile of stones and wood is placed, vertically, larger pieces of wood until the whole pile is covered. The fire is lit by placing dry newspaper and tinder between the base of the pile and lighting it with a match.

As the fire catches, the entire coven gathers around the pit, and the High Priestess or High Priest performs the evocation of the Horned God of Dyaddic Wicca. Offerings of Herbs or incense, and prayers written on paper and wrapped into prayer bundles are placed into the fire as this evocation is being performed. After all offerings and prayers have been given, the duties of the Fire Keeper are performed by the appointed Fire Keeper of the day. None should approach the fire without the Fire Keeper's permission.

PREPARATION OF THE STAR LODGE

If you have a Celtic star Star Lodge, it is already prepared, so there will be no need to assign Coven members to this duty. The following are instructions for the Willow Star Lodge.

The High Priestess or High Priest will assign members of the Coven to cover the frame of the Star Lodge with layers of heavy blankets or animal hides. The entrance to the Star Lodge is left uncovered until the frame is covered. When the Coven is finished covering the Star Lodge, the High Priestess and/or the High Priest will enter the Star Lodge. The Fire Keeper will then hand in the pouch of Stone Blessing blend and a censer that has a lit charcoal tablet within it.

The High Priestess or High Priest will then instruct the Fire

Keeper to close the door. When the door is closed and no light can enter the Star Lodge, the High Priestess or High Priest will call out, "Midnight!" A small pinch of Stone Blessing blend is placed on the charcoal, and the High Priestess or the High Priest will perform the evocation of the Great Goddess of Dyaddic Wicca. The High Priestess or High Priest will then instruct the Fire Keeper to open the door, and she/he will exit the Star Lodge and instruct the Fire Keeper to close the door and not to open it until the Coven is ready to enter the Star Lodge and hold the ritual. None should approach the Star Lodge unless given permission by the Fire Keeper.

ITEMS NEEDED FOR THE STAR LODGE RITUAL

One hard rake for pulling the Stone Brothers out of the fire pit, and banking coals over the Stone Brothers.

One Shovel, for carrying the Stone Brothers to the Star Lodge and placing them in a manner that will allow the Sweat Leader to safely pick them up and place in the stone pit.

One small pair of antlers for the Sweat Leader to use in picking up the Stone Brothers and placing them into the stone pit. The antlers are also used to draw the Coven symbol in the soil in front of the Star Lodge entrance.

One medium sized leather pouch full of the Stone Blessing blend. Upon this pouch the Coven symbol will be embroidered or drawn.

Three pinches of Sea Salt, to be used in the consecration of the water during the ritual.

One or two medium sized drums. These are used to set and keep the beat of the songs and chants that will be performed during the ritual.

Two or three rattles. These are used by the Coven to add energy and unity to the ritual songs and chants.

One five gallon plastic bucket. This is filled with a blend of water, herbs and essential oils. The water is poured over the Stone Brothers during the rituals.

One dipper gourd, or small cup. This is used to dip into the bucket of water and pour over the Stone Brothers.

6

7

Power Stones or Crystals. Individual Coven members bring these items into the Star Lodge to harness and direct the energy that is raised during the ritual.

A ready supply of clean water for drinking and bathing with after the ritual.

THE GREAT RITE OF THE STAR LODGE

The Great Rite of the Star Lodge begins within the Coven Circle. Only those members of the Coven that have properly prepared themselves by performing the fast, and smudging and anointing rituals will be allowed to enter the Coven Circle to partake in the Great Rite of the Star Lodge. All others shall not be present during this ritual.

The ritual begins with the High Priestess or High Priest appointing a coven member to set up the coven Circle altar. When the altar is set, the Coven Member will leave the Circle, and the High Priestess or High Priest will enter the Circle and greet each Direction, starting in the North and moving clockwise until coming to the North again. She/he will then pick up the anointing oil, hold it between her/his hands and say a prayer of empowerment and thus charge the oil. She/he will then move clockwise to the door, and call each Coven member by name to the door. As each member enters the door, he will be asked if he enter the Circle in Perfect Love and Perfect Trust. When he answers "Yes," the High Priestess or High Priest shall anoint the member's forehead, heart, stomach, hands and feet while saying a prayer of welcoming and blessing.

The Coven members will all greet each direction in a clockwise manner, and then gather around the Coven Circle fire pit. After all have entered the circle, the High Priestess or High Priest will place a stone in the doorway, and proclaim, "The circle is now closed." The casting of the Coven Circle is now performed by the entire Coven as directed by the High Priestess and/or High Priest.

After the Coven Circle ritual has been completed, and all are properly prepared and ready, the High Priestess or High Priest will instruct each Coven member to remove their ritual robes and gather

around the Star Lodge. All Coven members do this quietly and without speaking. From this point onward, until the end of the Great Rite of the Star Lodge, the Coven members are not to talk unless given permission to do so by the High Priestess or High Priest.

When all of the Coven members have gathered around the Star Lodge, the High Priestess or High Priest will instruct the Fire Keeper, "Open the door, please." The Fire Keeper will open the door, and the Sweat Leader of the Great Rite of the Star Lodge will draw the Coven symbol in front of the door, and place her/his head upon the symbol and ask the Great Goddess for permission to enter Her Womb. As she/he enters the Womb of the Great Mother, she/he is no longer alive, but living as Spirit and guided by the voice of the Goddess and the God of Dyaddic Wicca.

The Sweat Leader will then say a prayer in confirmation of the reason for the ritual, be it Sabat, Lunar, Vision, Elder or Junior. The Sweat Leader will then call in each Coven member by name, and will alternate between male and female members as much as possible. Each member will place her/his head on the symbol that was drawn in the soil and say a silent prayer to the Great Mother before entering the Star Lodge. After entering the Star Lodge, each member will move in a clockwise direction until he is next to the person that came in before him and then will be seated and await further instructions.

After all members have entered and been seated, the Sweat Leader will then ask the Fire Keeper for the antlers. The Fire Keeper will place the antlers at the door and the person closest to Leader in clockwise direction. Everything that is called into the Star Lodge is passed around in this way.

The Sweat Leader will re-draw the Coven symbol in the soil and ask the Fire Keeper to pass in the drums, rattles, and Stone Blessing blend. When all items have been given to the proper person, the Sweat Leader will instruct the Fire Keeper to bring her/him seven Stone Brothers. The Sweat Leader will then start the Stone Greeting song and all will join in with the Greeting song. As the Sweat Leader places the Stone Brothers into the

stone pit, the Stone Blesser will bless each stone as stated in the description of the station of the Stone Blesser. After the Stone Brothers have been greeted and blessed, the Sweat Leader will ask the Fire Keeper to hand in the salt, and then hand in the bucket. When all is ready, the Sweat Leader will ask that the door be closed. When the door has been closed, and no light is entering the Star Lodge, the Sweat Leader will proclaim, "Midnight!" The ritual follows as is listed below.

COVEN CIRCLE TOOLS

The Circle shall be properly cast every time the coven meets, be it for esbat, sabbat, teaching, Lunar or Solar festivals, and for the Great Rite of the Star Lodge. The items needed to properly cast the Coven Circle are:

WAND. This will be hand made and have a crystal at least three (3) inches protruding from the projective end of it. The wand is used to bless and invite the directional Elements into the Coven Circle. The wand is associated with the direction of East and the Element of Air. It is a tool of the mind.

ATHAME. This will be made out of hardened steel or of Rose Quartz Crystal, and will have a hand carved handle. This is used to cast and seal the Coven Circle, and to perform the Great Rite. The athame is associated with the direction of the South and the Element of Fire. It is a tool of divine will.

CHALICE. This is used to hold the ritual drink that is shared with the entire Coven, and with the Goddess and God. It is filled with wine or fruit juice. With the athame, it is the other half of the Great Rite. The chalice is associated with the direction of West and the Element of Water. It is a tool of intuition and deep emotions.

PENTACLE. This is used to place and consecrate all ritual tools. It is made out of wood or metal and is at least six (6) inches in diameter. The Pentacle is associated with the Direction of North

and the Element of Earth. It is a tool of grounding and foundation.

CENSER. This can be made out of ceramic, metal, wood, or shell. It will be filled with sand to prevent over-heating. A lighted charcoal tablet is placed on top of the sand, and incense is burned on the charcoal. The censer and incense are used in censing the Coven Circle, the Coven members and the Star Lodge.

INCENSE. These are made of plant and tree resins, and out of barks and/or herbs. Avoid using joss sticks and cones for you do not know how they are made and what they are made of. The incense are burned in the censer, so both tools are associated with the Elements of Air and Fire. The prayers of the Coven are carried to the Goddess and God on the smoke of the incense.

BOWLS. The Coven Circle will need at least two (2) small bowls to hold sea salt and water. These are used to make the Water of Life. Other bowls will hold incense, herbs or personal offerings to the Goddess and God.

BELL. This is made out of metal or glass. The bell is rang to call the Coven to the Circle, to signify certain changes in rituals, to bring upon the Goddess and God. The bell should be large enough to resonate fairly long, and have a crisp, clean tone.

CANDLES. These are placed on the Elemental stones, one in front of the Goddess statue, one in front of the God statue, and one is to be used for illumination and the lighting of the other candles. The colors of the candles will correspond to the season or tide.

CANDLE HOLDERS. These are used to hold the candles in place and prevent wax dripping onto ritual items. There will be one holder for each candle in the Coven Circle.

ESSENTIAL OILS. A small variety of these are needed. They are used to anoint all coven members as they enter the Coven Circle, for

personal anointing while fasting, for adding to the Star Lodge water and for consecration of ritual tools and clothing.

LARGE CAULDRON. This is made of heavy iron, and represents the Mother's Womb while in the Coven Circle. Personal power stones and crystals are placed in the cauldron by Coven members so they will be charged by the Goddess while in ritual. Offerings of libations and herbs are placed in the cauldron in certain rites, and ritual foods and drinks are also made within the cauldron.

STATUES. Two (2) statues on or near the altar. One of the Goddess and one of the God. They are anointed with ritual oils and the Water of Life, and are smudged with the incense smoke during each Coven Circle meeting.

ALTAR CLOTHS. These will be large enough to cover the Coven Circle altar. The color of the cloth will be appropriate for the season or tide.

STAFFS. These will be hand carved out of wood, and will have runes carved or written on them. They will have large crystals mounted on the tops that correspond to the user's sun sign. Only those that have achieved Elder status will use a staff within the Coven Circle.

RITUAL DRESS. Ritual nudity will be observed by all Coven members as much as possible. If the weather does not permit one to be skyclad, a ceremonial robe and sandals can be worn within the Coven Circle. The robe will be hooded, long sleeved and fall to the person's ankles. The material will be suitable for the weather, and must be able to open fully in the front to allow ritual anointing. The color is black or dark blue, and will have the Coven signal sewn into it in gold for male and silver for female. Sandal style shall be decided by the Coven elders, but shall be sturdy enough to prevent frost bite if the Coven is located in a northern climate.

MEDICINE BAGS. Medicine bags will be made and worn by all

Coven members. What is to be found within these bags is up to the individual Witch, but each Witch will find and store in their bags: a small shell (water), a small feather (air), a small piece of flint and iron pirite (fire), an herb gathered on midnight of midsummer (earth), a small (½ or ¼ dram) bottle of essential oil that has been blessed while The Gate was open.

PERSONAL JEWELRY. Personal and Craft amulets can be worn in the Coven Circle as long as they do not offend any of the other Coven members.

RINGS. Pentacle (or Pentagram) rings will be worn on the ring finger of the left hand of all Coven members that are not married or hand-fasted. This is to signify that these members have not yet found their living, complementing representation of the Goddess or God. The High Priestess will also wear a ring that represents the Goddess, and the High Priest will wear a ring that represents the God.

Before entering the Star Lodge, all clothing and jewelry will be removed. All jewelry, amulets and medicine bags will be placed on the altar that is between the Fire Pit and the Star Lodge. The only jewelry that is allowed to not be removed are wedding and hand-fasting rings that are too tight to remove without causing pain or injury.

POWER STONES AND CRYSTALS. All Coven members will find stones and crystals to use in ritual, to store power, to make a home for their power animal or Spirit guide, and for use in meditations and healings. Because these are personal power objects, the larger the crystals, the more power they will be able to store.

STAR LODGE PREPARATIONS

The Dyadic ritual of the Star Lodge is one that must be prepared for by following strict rules of fasting, prayers, anointing and

smudging of the body.

There are several forms of fasting, but the one used by the Dyaddic witch consists of three days of no food, caffeine, nicotine, sex, television and radio. The persons preparing to enter the Star Lodge are to focus their entire being on purifying their body, mind and spirit of all toxins. Seventy-two (72) hours of nothing but water is not an easy task, but unless a person has medical reasons for not fasting, they will not enter the Star Lodge. While fasting, each person will strive to stay in a constant state of prayer — asking the her/his animal (spirit guide) to guide the way for them. Prayers should be personal and come directly from the heart.

Smudging and anointing the body will be done four (4) times each day of the fast. The times for the smudging and anointing rituals are:

Upon awakening from sleep (Dawn).
High noon.
Sunset (Dusk).
Prior to going to bed for the night.

The smudging and anointing helps to clear your aura of astral toxins, and also helps to focus the mind on clearing out any inner toxins.

The incense used is of a cleaning nature (see incense list).

The oils used are of a protective nature (see oils list).

Care should be taken to ensure that the incense and oils are as pure and natural as possible. Olive or baby oils are not to be used because these are more cosmetic or industrial in nature.

SAMPLE SMUDGING AND ANOINTING RITUAL

Sit naked in a meditative state with your censer in front of you. Hold your hands over the charcoal and feel the heat from it flow into your body. Feel the heat of your heart match the heat of the charcoal.

Place a small pinch of incense in the charcoal and say a

14

prayer to the Goddess. Then place a small pinch of incense on the charcoal again, and say a prayer to the God. Now place a large pinch of incense on the charcoal and say a prayer to your Power Animal (or Spirit guide) asking that they empower the incense smoke and clean your body, mind and spirit of any and all baneful influences that may hinder you in your holy quest. Wash your entire body in the smoke of the incense, using your prayer feather to direct the incense smoke all around you. When you are done, you will have to anoint yourself against any baneful influences coming to you.

Pick up your bottle of essential oil and hold it between your hands as if you were praying. Charge this oil with the power of the Goddess and God, all of the elements and your Power Animal (Spirit guide). Anoint your forehead, heart, stomach, pubic area, hands and feet, while saying a personal prayer of protection against any and all baneful influences you may encounter.

Thank the Goddess, God, all Elements and your Power Animal (Spirit guide), and confirm that you are walking the path of spirit!

TIMING: WHEN TO HOLD A STAR LODGE RITUAL

The Star Lodge rituals are usually performed during the weekend before the Sabbat, or on the weekend closest to the Tide of the Moon. This is done for many reasons. The main being that of free time. Most Witches have to work for a living, and the weekend is usually the only time we can devote an entire day to a ritual. Recovery is another factor to take into consideration. It is not an uncommon occurrence to sleep for twelve to sixteen hours after completing a full Star Lodge ritual. Location also has a lot to do with the ritual. Most of us will live in the city, where it is not always possible to have an open fire pit, so we must drive out of town to where the Star Lodge is located.

CASTING OF THE COVEN CIRCLE

The casting of the Coven Circle is performed every time the

15

Coven meets. The basic ritual does not change. Only after the Witches' Rune is there any variance. At that point in the ritual is when the Esbats, Sabbats, or Lunar rituals are performed.

After all of the Coven has been greeted and anointed, the Bell is rung three times, Covener kneels in front of the altar, placing the bowl of water on the Pentacle and then holds the Athame in the water and prays:

*I exorcize thee, O creature of water, that thou cast out from thee all the impurities and uncleanliness of the spirits of the world of phantasm... In the names of Cernunnos and Cerridwen.*

Covener then places the bowl of salt on the Pentacle, places the point of the athame in the salt and prays:

*Blessings be upon thee, O creature of salt; let all malignity and hindrance be cast out now, and let all that is good and beautiful enter now; I bless thee that ye will aid me... In the names of Cernunnos and Cerridwen.*

Covener then places three small pinches of salt into the water, and while stirring the salt and water together, prays:

*So, is the Water of Life made,*
*By all the powers of Land and Sea,*
*By the grace of the Goddess and the God,*
*This is my will, so mote it be!*

Covener then sprinkles the Water of Life around the Circle while saying a personal prayer, banishing all baneful spirits. When

the Covener has completely sprinkled the Circle, she/he then anoints the forehead and heart of each person within the Circle, asking, "May the Water of Life flow through you." The water is placed back on the altar.

The bell is rung three times.

Another Covener picks up the censer, places a good amount of incense on the charcoal and smudges the entire Circle while saying a prayer of banishment. Each person in the Circle is then smudged. The censer is placed back on the altar.

The bell is rung three times.

Another Covener picks up her/his athame and starting in the North and ending in the North, seals and empowers the Coven Circle while praying:

*I conjure thee, O Circle of Power, that thou be a meeting place of Love and Joy and Truth; a Shield against all wickedness and evil; a boundary between the world of men and the realm of the Mighty Ones; a rampart and protection that shall preserve and contain the power we shall raise within thee. Wherefore do I bless and consecrate thee... In the names of Cernunnos and Cerridwen... This is my will, So Mote It Be!*

Covener replaces athame on the altar.

Bell is rung three times.

Another Covener picks up the lighted candle from the altar and moves to the North and lights the Northern Candle (this covener will light all of the candles in the coven). All of the Coveners pick up their Wands, and four of the Coveners move to their appointed Element.

Starting in the North:

*Ye Lords of the Watchtower of the*

North, ye Lords of Earth; Boreas, thou guardian of the northern portals; thou powerful God, thou gentle Goddess; I do summon, stir and call you up, to witness our rites and to guard the Circle.

Bell is rung three times, Eastern Candle is lit.

Ye Lords of the Watchtower of the East, ye Lords of Air; I do summon, stir and call you up, to witness our rites and to guard the Circle.

Bell is rung three times, Southern Candle is lit.

Ye Lords of the Watchtower of the South, ye Lords of Fire; I do summon, stir and call you up, to witness our rites and to guard the Circle.

Bell is rung three times, Western Candle is lit. (All Directions are sealed with the wand, using the invoking Pentagram of the Direction/Element)

Ye Lords of the Watchtower of the West, ye Lords of Water, ye Lords of Death and Intuition; I do summon, stir and call you up, to witness our rites and to guard the Circle.

Bell is rung three times.
The High Priestess stands in the North and faces South. Her arms are upraised and her feet are together (in the Goddess Position). The High Priest kneels in front of her and invokes the Goddess into the High Priestess, praying:

18

Blessed be thy feet, that have brought thee in these ways.
[Kissing left then right [foot]
Blessed be thy knees, that shall kneel at the sacred altar.
[Kissing left then right knees]
Blessed be thy womb, without which we would not be.
[Kissing her pubic hair]
Blessed be thy breasts, formed in divine beauty.
[Kissing her left hen right breast]
Blessed be thy lips, that shall utter the Sacred Names.
[Kissing her on the lips]

Bell is rung three times.
The High Priest kneels before the High Priestess again and continues:

I invoke thee and call upon thee,
Mighty Mother of us all, bringer of all fruitfulness; by seed and by root, by bud and by stem, by leaf and by flower and by fruit, by life and by love do I invoke and call upon thee to enter our circle and share your Nature Divine with us, your humble priests and servants!

Hail, Aradia! From the Amaltheum Horn
Pour forth thy store of love; I lowly bend
Before thee, I adore thee to the end,
With loving sacrifice thy shrine adorn......

19

Thy foot is to my lip, my prayer upborne
Upon the rising incense smoke: then spend
Thine ancient love, O Mighty One,
descend
To aid me, who without thee am forlorn.

Bell is rung three times.
High Priestess gives the Charge of the Goddess, confirming that the Goddess has entered the High Priestess.
Bell is rung three times.
The High Priest stands in the South and faces the North.
The High Priestess kneels before him and performs the Five Fold Kiss on him. Substituting *womb* with *phallus*, and *formed in beauty* with *formed in strength*.
Bell is rung three times.
The High Priestess kneels in front of the High Priest again, and performs the invocation of Cernunnos:

*Great God Cernunnos, return to earth again!*
*Come at my call and show thyself to men.*
*Shepard of Goats, upon the wild hill's way,*
*Lead thy lost flock from darkness unto day.*
*Forgotten are the ways of sleep and night -*
*Men seek for them, whose eyes have lost the light.*
*Open the door, the door that hath no key,*
*The door of dreams, whereby men come to thee.*

20

*Shepard of Goats, O answer unto me!*

*Akhera goiti - akhera beiti!*

Bell is rung three times.
The High Priest then performs the Charge of the Dark God to confirm the presence of the God.
The High Priest takes up the altar candle, lights the Goddess and God candles and then lights the fire pit.
All gather around the fire pit, facing inward, link hands with arms crossed, start a slow clockwise dance and recite the Witches' Rune:

*Eko, Eko, Azarak,*
*Eko, Eko, Zomelak,*
*Eko, Eko, Cernunnos,*
*Eko, Eko, Cerridwen!*

*Darksome night and shining moon,*
*East, then South, then West, then North,*
*Hearken to the Witches' Rune*
*Come we here to call ye forth!*
*Earth and water, air and fire,*
*Wand and pentacle and sword,*
*Work ye unto our desire,*
*Hearken ye unto our word!*
*Cords and censer, cup and knife,*
*Powers of the witch's blade*
*Waken all ye unto life,*
*Come ye as the charm is made!*
*Queen of heaven, Queen of hell,*
*Horned hunter of the night,*
*Lend your power to our spell,*
*And work our will by magic rite!*
*By all the power of land and sea,*

21

Everyone in the Coven shall be assigned a part in the casting of the Coven Circle by the High Priestess and High Priest.

## RITUALS OF THE STAR LODGE

There are many spiritual reasons to enter the Star Lodge. The Star Lodge is the Womb of the Mother and it would be blasphemy to enter it for non-spiritual matters. Below is found a list of ritual reasons for entering the Star Lodge, and ritual guidelines for the Sabbats that follow the Solar Star Lodge rituals.

## OCTOBER 31st. SAMHAIN STAR LODGE

This is the beginning of the Dark half of the year. The last harvest festival and the day in which the Horned God comes into his strength. This is one of the days that the Gate of the Underworld is open. We honor our ancestors and call them to join us in the celebration of the dance of life, death and rebirth. This is also the time for our calls to go out to our ancestors to join us for the Sabbat feast of Samhain.

### LORD OF SHADOW

*Dread Lord of Shadow, God of Life,*
*and the Giver of Life*
*Yet is the knowledge of thee, the*
*knowledge of Death.*
*Open wide, I pray thee, the Gates*
*through which all must pass.*
*Let our dear ones who have gone*
*before*
*Return this night to make merry with*
*us.*
*And when our time comes, as it must,*
*O thou the Comforter, the Consoler,*
*the Giver of Peace and Rest,*
*We will enter thy realms gladly and*

23

*By all the might of moon and sun –*
*This is our will, so mote it be;*
*Chant the spell and be it done!*
*Eko, Eko, Azarak,*
*Eko, Eko, Zamelak,*
*Eko, Eko, Cernunnos,*
*Eko, Eko, Cerruwen.*

The High Priestess will end the Witches' Rune by shouting "Down!" All of the Coven will be seated where they have stopped. Ritual enactments will be performed now, and each Coven will perform these rites in their own manner. When the ritual is completed, the food and drink is consecrated thus:
Bell is rung three times.
Female Covener holds her wand, and male Covener hold the Cup. She prays:

*As the wand is to the male, so the*
*cup is to the female; and conjoined,*
*they become one in truth.*

The Bell is rung three times.
Female Covener places her athame on the cakes and prays:

*O Queen most secret, bless this food*
*into our bodies; bestowing health,*
*wealth, strength, joy, freedom, and*
*peace, and that fulfilment of love*
*which is perfect happiness.*

Food and drink are shared and the ritual is ended. If the ritual is in preparation for the Star Lodge, the food and drink will be done after the Star Lodge ritual.

The Coven Circle can only be cast by someone that has been initiated into the Dyaddic tradition. The only exception is that of a student within a learning circle.

22

unafraid;
For we know that when rested and
refreshed among our dear ones
We will be reborn again by thy grace
And the grace of the Great Mother,
And may it be at the same time as our loved ones,
And may we meet, and know, and remember,
And love them again.
We pray thee, open thy Gates.

## WEST CANDLE MAIDEN

Behold, in the West is Amenti, the Land of the Dead, to which many of our loved ones have gone for rest and renewal. On this night, we hold communion with them; and as our Maiden stands in welcome by the Western gate, I call upon all of you, my brothers (and sisters) of the Craft, to hold the image of these loved ones in your hearts and minds, that our welcome may reach out to them.

There is mystery within mystery; for the resting place between life and life is Caer Arianrhod, the Castle of the Silver Wheel, at the hub of the turning stars beyond the North Wind. Here reigns Arianrhod, the White Lady, whose name means Silver Wheel. To this, in spirit, we call our loved ones. And let the Maiden lead them, moving widdershins to the centre. For the spiral path inwards

to Caer Arianrhod leads to night, and rest, and is against the way of the Sun.

Those you bring with you are truly welcome to our Festival. May they remain with us in peace. And you, O Maiden, return by the spiral path to stand with our brothers and sisters; but deosil for the way of rebirth, outwards from Caer Arianrhod, is the way of the Sun.

Let all approach the walls of the Castle.

DECEMBER 21st. YULE (WINTER SOLSTICE) STAR LODGE

This is the rebirth of the Divine Son, and the rebirth of the Sun. The day when the power of Darkness is broken and the Light begins to return. On this, the darkest of days, we go within ourselves to conquer our own darkness and to give rebirth to our own inner Light.

Our Lord, the Sun, is dead!
Return, Oh return!
God of the Sun, God of the Light, return!
Thine enemies are fled   thou hast no enemies.
O lovely Father, return, return!
Return to thy brothers, thy sons, who loveth thee!
We shall not be put asunder,
O, our brother, my father, return, return!
When we see thee not,

our hearts grieve for thee,
our eyes seek for thee.
Our feet roam the earth in search of thee!
Gods and men weep for thee together.
God of the Sun, God of the Light, return!
Return to thy brothers, thy sons, who loveth thee!
Return! Return! Return!

[LIGHT THE FIRE]

Queen of the Moon, Queen of the Sun,
Queen of the Heavens, Queen of the Stars,
Queen of the Waters, Queen of the Earth,
Bring to us the child of promise!
It is the Great Mother who giveth birth to him;
It is the Lord of Life who is born again.
Darkness and tears are set aside.
When the sun shall come up early.

Golden sun of hill and mountain,
illumine the Land, illumine the World,
illumine the Seas, illumine the Rivers,
Sorrows be laid, joy to the world!
Blessed be the Great Goddess,
Without beginning, without ending,
Everlasting to eternity.

26

Io Evo He! Blessèd He!
[Pronounced Yo Ay-vo Hay]
Io Evo He! Blessèd He!
Io Evo He! Blessèd He!

Now at the depth of winter is the waning of the year accomplished and the reign of the Holly King is ended. The Sun is reborn and the waxing of the year begins. The Oak King must slay his brother, the Holly King, and rule over our land until the height of summer, when his brother shall rise again.

[SOME SORT OF SACRIFICE TO TAKE PLACE]

The spirit of the Holly King is gone from us to rest in Caer Arianrhod, the Castle of the Silver Wheel, until with the turning of the year, the season shall come when He shall return to rule again.

The Holly King ends, the Oak King begins;
The Wheel turns, and turns again!

FEBRUARY 1st. IMOLC STAR LODGE

This is the feast of lights, the day of the Maiden Goddess and the protection of the Earth. In able to purify the Earth, we must purify ourselves. In purifying ourselves, we give of our light to the Earth.

No Calling of the Goddess or God; this is done during the ritual.

27

After the Witches Rune;

Dread Lord of Death and Resurrection,
Of life, and giver of life:
Lord within ourselves,
Whose name is Mystery of Mysteries,
Encourage our hearts,
Let thy light crystallize itself in our blood,
Fulfilling of us resurrection;
For there is no part of us that is not of the Gods.
Descend, we pray thee, upon thy servants and Priests.

The fire is lit.  The crown of lights is placed on the Goddess.

Behold the Three-Formed Goddess;
She who is ever three -- Maid, Mother, and Crone;
Yet She is ever One.
For without Spring there can be no Summer,
Without Summer, no Winter,
Without Winter, no new Spring.

We honor the Star Goddess;
in the dust of her feet
art the hosts of Heaven,
and whose body encircles the Universe.
She who is the beauty of the Green Earth,
And the White Moon among the stars,
And the Mystery of the waters,
And the desire of man,
Calls us unto Her soul.
Arise and go unto Her,
For she is the soul of Nature,
Who gives Life to the Universe.
From Her all things proceed,
And unto Her all things must return;
And before Her face,
Beloved of Gods and of men,
Let thine innermost divine self be enfolded

28

in the rapture of the infinite.

Let Her worship be within the heart that rejoices;
For behold, all acts of love and pleasure are her rituals.
And therefore let there be Beauty and Strength,
Power and compassion,
Honor and Humility,
Mirth and Reverence within you.
And you who think to seek for her,
Know your seeking and yearning avail you not
Unless you know and Mystery:
That if that which you seek
You find not within yourself,
You will never find it without.
For behold, She has been with us from the beginning,
And She is that which is attained at the end of desire.

Sweeping of the Circle and burning of evergreen twigs.

Thus we banish Winter,
Thus we welcome Spring;
Say farewell to what is dead,
and greet each living thing.
(Chant)
Thus we banish Winter,
Thus we welcome Spring;

MARCH 21st.  OSTARA (SPRING EQUINOX) STAR LODGE

This is the rebirth of the Greenery and the day the Summer
God comes into His Power.  It is a festival of planting.  Germination
is accomplished in the heat of the moist soil.  The ritual of
germination gives power to our plant family that is now returning
from their slumber.

29

PREPARATION

All food cooked.  All fire pits filled with fresh wood.
Personal and Magickal items placed on altars.
Magickal symbols drawn on land.  Seeds ready for
planting.  Sacrifices ready for burning or burial.
Gifts placed near Goddess Shrine.

THE RITUAL

Water of Life over all of land.
Censoring of all of land.
Casting of Circle for all of land.
North        East        South
                          West
                                      Center

Calling of the Goddess.
Calling of the God.

CALLING OF THE ALL

Here we invoke the Union Divine,
the two who spring forth from the
naught,
and gives birth to the two-in-one who
is three.
Whirling powers, lovers Divine,
bestow your oneness upon us and
this land,
that we may be a beacon of holy
light.

Primal Mother, enthroned in the
stars,
bless us with thine understanding,
Red Goddess, deliver us from danger
by thy just strength.

Blessed Queen, bring to this land thy
blooming life and love.
Silver Lady of the night, send thy ray
of inspiration
[all shout AWEN]
to this land in the bosom of the Earth
Woman.

All-Father, king of the firmament,
bestow upon us thy Lordly wisdom.
Lord of the Law, give us your loving
mercy.
Child of the Sun, fill us with your
joyous beauty.
Scribe of the world, grant us thy
power of holy magick.

Powers of Heaven and Earth,
Who manifest ALL THAT IS,
Send to this land between the worlds
your power.
Make us the masters of the Dragon,
and the temple of your Eternal
Wisdom.

Spirits of Earth remember!
Spirits of Heaven remember!
[Chant until fires are blazing]

RAISING THE DRAGON
This will be done as a call and
response.
Everyone will call "DRAIG,
DRAIG," and answer will be:
        Come into this land,
DRAIG, DRAIG,
        Come into our loins,

30

31

DRAIG, DRAIG:
   Come into our hearts,
DRAIG, DRAIG:
   Come into our heads,
DRAIG, DRAIG:
   We are filled with the dragon power.
DRAIG, DRAIG:
   This land is the Dragon!
[Chant until everyone and the land are filled with power]

Blessing of the gifts, planting of seeds, and sacrifices.
The Elements and the Gods are not dismissed, for we called them into the Land.
Giving thanks to them would be a good idea while you are feasting!

MAY 1st.  BEALTAINE STAR LODGE

This is the beginning of the Light half of the year. It is the first blossom festival and the last of the fertility stimulators. It is the beginning of the reign of the Goddess and one of the days that the Gate is open. At this time of the open Gate, we honor our immediate family and suffer so that they will not have to.

The Bel-fire is extinguished, and the Oak King is dead. He has embraced the Great Mother and died of his love. So has it been, year by year, since time began. Yet if the Oak King is dead, He who is God of the Waxing Year, then all is dead.

The fields bear no crops, the trees

32

bear no fruit, and the creatures of the Great Mother bear no young. What shall we do, therefore, that the Oak King may live again?

Re-kindle the Bel-fire. [All chant as many time as there are people present]

So mote it be!

Come back to us, Oak King, that the land be fruitful. [Each will do this calling facing his respective direction. Everyone will repeat]

SONG OF AMERGIN

I am a Stag of seven times.
I am a flood across a plain.
I am a wind on a deep lake.
I am a tear the Sun lets fall.
I am a hawk above the cliff.
I am a thorn beneath the nail.
I am a wonder among flowers.
I am a wizard — who but I sets the cool head aflame with smoke?
I am a spear that roars for blood.
I am a salmon in a pool.
I am a lure from the summerland.
I am a hill where poets walk.
I am a boar, ruthless and red.
I am a breaker threatening doom.
I am a tide that drags to death.
I am an infant — who but I peeps from the unhewn dolmen arch?
I am the womb of every holt.

33

## JUNE 21st  LITHA (SUMMER SOLSTICE) STAR LODGE

This is the high day of the Sun, yet it is also the day of the failing of the light. This is a festival of great joy and celebration. The day of high blossom and delight. Yet, at the height of living, we acknowledge the fact that we are all born to die and be reborn. This is the day of the great Spiral of Life, Death, and Rebirth.

### FIRE CHANT

*Cease all sorrows!*
*Cease all strife!*
*This day is for living!*
*For living this life!*

*I am He who is Lord and the Light.*
*I am He who is the Sun.*

*Let your love shine as does my radiance.*
*Let your love spread throughout the world as does my Light.*

*Together with the Sun we must also know rain.*
*So together with joy we must also know pain.*

*I am the Life, and I am the Hope.*
*I am the Death, and Life anew.*

*Without me there can be nothing.*
*With me you can have all that you desire.*

*I am He who is the Sun.*

35

---

*I am the blaze on every hill.*
*I am the queen of every hive.*
*I am the shield for every head.*
*I am the tomb of every hope.*

RITUAL CONTINUES...

*Oh do not tell the Priest of our art,*
*For he would call it a sin.*
*But we shall be out in the woods all night,*
*A-conjuring Summer in!*

*And we bring you news by word of mouth,*
*For women, cattle and corn—*
*Now is the Sun come up from the South,*
*With Oak, and Ash, and Thorn!*

*With Oak, and Ash, and Thorn!* [All chant three times]

[All light incense from the fire and smudge the entire land, then all stand in front of the Goddess shrine]

*Guardian of the land, watch over it in the year to come, till again the Bel-fire is extinguished and relit. Bless this land, and be blessed by it. Let all that live here, and all friends that are welcomed here, prosper on this land.*

*So mote it be!*

34

I am He who is the Lord and the Light.

As I give light and life to you, so it is meet that you should give to others. Let us all share all that we have with those who have nothing.

[Place offerings into the fire]
Now may we know the true joy of Giving. So mote it be!

PRAYER

We Pagans give thanks to the Mighty Ones for the richness and goodness of life. As there must be rain with the sun to make all things good, so must we suffer pain with our joy to know all things.

Our love is ever with the Gods, for though we know not their thoughts, yet do we know their hearts, that all is for our good.

Mighty Ones, bless us now. Keep us faithful in thy service. We thank you for the crops, for life, for love, for joy. We thank you for that spark that brings us together, and to you.

Help us to live with love and with trust between us. Help us to feel the joy of loving you

36

and of loving one another. So mote it be!
Blessing of the drink.
Blessing of the food.

Toasts to the Goddess, God, and to Life.

AUGUST 1st. LUGHNASADH STAR LODGE

This is the first harvest festival, the day of ripening of fruits and grains. It is the festival of the spear, the day of the wounding of the God. It is a day of reaping what we have sown. We send out all of our power, so that it will return to us threefold.

altar:    With fruits of your first harvest on the altar - or as the

O Mighty Mother of us all, bringer of all fruitfulness, give us fruit and grain, flocks and herds, and children to the tribe, that we may be mighty, by the rose of thy love, do descend upon the fruits of our harvest here.

Now pick up veggies or bread and lead a dance around

circle.    Gather round O children of the harvest!

All gather around the harvest.

Behold the Holly King is dead-he who is also the Corn King. He has embraced the Great Mother, and died of his love; so has it been, year by year, since time began.

37

*But if the Holly King is dead, he who is the god of the waning year, all is dead; all that sleeps in the womb of Earth would sleep forever. What shall we do, therefore, that the Holly King may live again?*

*Give us to eat the bread of life, then shall sleep lead on to rebirth.*

*So mote it be!* [All]

After some food has been eaten, the Great Rite is performed.

SEPTEMBER 21st. MABON (AUTUMN EQUINOX) STAR LODGE

This is the second harvest festival, the reaping of the grain, the gathering-in, the death of the God, the falling of the year. As the year falls, and the God dies, we honor the youngest of those among us. This is a day of honoring those that will carry our ways to the next generation.

*Now is the time of balance, when night and day face each other as equals. Yet at this season the night is waxing and the day is waning; for nothing remains without change, in the tides of earth and sky. Know and remember, that whatsoever rises must also set, and whatsoever sets must also rise. In token of which, let us dance the Dance of Going and Returning!*

*Behold the mystery: In silence is the seed of wisdom gained.*

*Farewell, O Sun, ever returning Light, The hidden God, who ever yet remains.*

*He now departs to the land of youth Through the gates of death To dwell enthroned, the judge of gods and men, The Horned leader of the hosts of Air!*

*Yet, as he stands unseen without the Circle, So dwelleth he within the secret seed – The seed of new-reaped grain, the seed of flesh; Hidden in the Earth, the marvelous seed of the Stars.*

*In Him is Life, and Life is the heart of man, That which was never born, and never dies. Therefore the Wise Ones weep not, but rejoice!*

Perform the Great Rite.

Feast!

TYPES OF STAR LODGE RITUAL

Between the spokes of The Wheel, four other types of Star Lodge rituals are performed, and they are:

1) Full Moon or Moon Tide rituals. These are performed on the day closest to the Full Moon that the Coven can come together. This is a time of great magick, mystery, healing and prophecy. Rituals for these reasons shall be performed on the following occasions:

O   SEED MOON (Full Moon in Aries). Sowing season and symbol of the start of the new year. Rituals for the beginning of things, matters of the Self and your personality.

O   HARE MOON (Full Moon in Taurus). This sacred animal is associated with spring time and fertility. Rituals are for financial matters, possessions and the

fertility of the Earth.

o DYAD MOON (Full Moon in Gemini). This is a time of balance and duality. Rituals are for family, communication and harmony with nature.

o MEAD MOON (Full Moon in Cancer). During late June and July, most of the meadows (or meads) are mowed for hay. Rituals are for the home, mothers and family.

o WORT MOON (Full Moon in Leo). When the Full Moon shines in Leo, it is a time of harvesting plants of magickal use. Rituals are for love affairs and the protection of animals.

o BARLEY MOON (Full Moon in Virgo). Persephone, Virgin Goddess of Rebirth, carries a sheaf of barley as symbol of the harvest. Rituals are for health, and fortification of the Hearth.

o BLOOD MOON (Full Moon in Libra). Marking the season when domestic animals were sacrificed for winter provisions. Rituals are for death and transformation.

o SNOW MOON (Full Moon in Scorpio). Scorpio heralds the dark season when the sun is at its lowest, and the first snow falls. Rituals are for marriage and partnership.

o OAK MOON (Full Moon in Sagittarius). The Sacred tree of the Celts is most noble as it withstands winter's blasts. Rituals are for higher learning, travel and in-laws.

40

o WOLF MOON (Full Moon in Capricorn). The wolf represents the night of the year. Rituals are performed to strengthen the Coven and for enduring the winter to come.

o STORM MOON (Full Moon in Aquarius). A storm is said to rage most fiercely just before it ends, and the year usually follows suit. Rituals are for hopes and dreams of the coming season.

o CHASTE MOON (Full Moon in Pisces). The old word for pure reflects the custom of greeting the new year with a pure soul. Rituals are for inner development, clearing away of karma and purification.

2) VISION QUESTS. This is a special honor Star Lodge ritual, and every member of the Coven gives of their power to the person (or persons) that has properly prepared herself/himself to meet their Spirit Guide or Power Animal.

3) ELDER RITUAL OF STAR LODGE. Once a year, the Elders of the Coven will enter the Womb of the Mother in order to call upon all of their Power Animals and Spirit Guides to watch over the entire Coven and all of the Coven's relations. This is a great honor, and humble duty of all the Elders.

4) JUNIOR RITUAL OF STAR LODGE. At least twice a year, students will be allowed to enter the Star Lodge in order to get accustomed to the powers involved and the flow of the songs. A Coven Elder will run the ritual in order to check the progress of the students. All Elders are required to run a Junior Ritual at least once in order to be familiar with the station of Star Priestess or Priest.

41

SONGS AND PRAYER LIST FOR STAR LODGE RITE

ROUND ONE:

Stone Brothers (Greeting Song)
The Ocean (Song)
Prayer to the Earth (Sweat Leader)
The Witching Hour (Song)
Directional Chant (Call and response)
Air I Am (Chant)
Prayer to the Elements (Sweat Leader)
Triple Goddess Chant (Chant)
Come to Us (Call and response)
Too-Mit (Chant)

Door is opened and all lingering, baneful spirits or energies are commanded out of the Star Lodge. The door is then closed, midnight is proclaimed, and the round is finished with:

Witches Rune (Chant)
She Changes (Song)
Prayer to the Goddess (Sweat Leader)
Touching Her Deep (Chant)

ROUND TWO:

Stone Brothers (Greeting Song)
We Are One (Round)
Personal thanks (Given by all)
We All Come from the Goddess, and Hoof and Horn (Songs)

Personal prayers that coincide with the reason for the ritual are now given by each coven member.

The Goddess Song (Chant)
Snake Woman (Call and response)

42

ROUND THREE:

Stone Brothers (Greeting Song)
Isis, Astarte (Chant)
Air I Am (Chant and round)
Horned One, Hunter Son (Song)
Hecate, Cerridwen (Song)
Between the Worlds (Song)
Song of Amergin (Prayer)

After the Song of Amergin, the door of the Star Lodge is opened, and everyone within will leave. As each person leaves that Star Lodge, they are in fact being reborn, and are therefore considered pure.

Many will want to lay down in the Coven Circle, and they should be allowed to do so, for this is a time in which visions are very common, and all shall be given the chance to receive these gifts from the Goddess and God.

When all have recovered, the ritual meal will be served, and all will be allowed to break their fast. When everyone has broken fast, the Great Rite of the Star Lodge is completed.

SONGS

ROUND ONE

STONE BROTHERS

Stone Brothers, Gordec-Bha.

THE OCEAN (Round)

The Ocean is the beginning of the Earth. (2)
*The Ocean is the beginning of the Earth.* (2)

43

All Life comes from the Sea (2)
*All Life comes from the Sea. (2)*

THE WITCHING HOUR

The Moon is high at the Witching Hour.
Children come to this place of power.
Our hands are raised to Four Directions.
Spirit Force is born again. (Repeat)

DIRECTIONAL CHANT

Earth without and Earth within,
Make the mill of magick spin.
Work our will for which we pray,
Io, Dio, Hay He Yay!

Air breathe and air blow,
Make the mill of magick go.
Work our will for which we pray,
Io, Dio, Hay He Yay!

Fire flame and fire burn,
Make the mill of magick turn.
Work our will for which we pray,
Io, Dio, Hay He Yay!

Water steam and water flow,
Make the mill of magick grow.
Work our will for which we pray,
Io, Dio, Hay He Yay!

Spirit above and spirit below,
Make the mill of magick glow.
Work our will for which we pray,
Io, Dio, Hay He Yay!

44

AIR I AM

Air I am, Fire I am, Water, Earth and Spirit I am. (Repeat)

TRIPLE GODDESS CHANT and COME TO US (Call & Response)

Holy Maiden Huntress, Artemis, Artemis. Maiden, come to us. (New Moon)
*Holy Maiden Huntress, Artemis, Artemis. Maiden, come to us.*

Silver Shining Wheel of radiance, radiance. Mother, come to us. (Full Moon)
*Silver Shining Wheel of radiance, radiance.*
*Mother, come to us.*

Ancient Queen of Wisdom, Hecate, Cerridwen. Old One, come to us. (Dark Moon)
*Ancient Queen of Wisdom, Hecate, Cerridwen. Old One, come to us.*

Golden Shining Wheel of radiance, radiance. Father, come to us.
*Golden Shining Wheel of radiance, radiance.*
*Father, come to us.*

Master of the forest, Cernunnos, Cernunnos. Horned One, come to us.
*Master of the forest, Cernunnos, Cernunnos.*
*Horned One, come to us.*

Power of our passions, Pan, Pan. Lusty One, come to us.
*Power of our passions, Pan, Pan. Lusty One, come to us.*

TOO-MIT

Too-Mit. (Chant)

45

## THE WITCHES' RUNE



Eko, Eko, Azarak,
Eko, Eko, Zomelak,
Eko, Eko, Cernunnos,
Eko, Eko, Cerridwen!                    [Repeat 3 times]

Darksome night and shining moon,
East, then South, then West, then North,
Hearken to the Witches' Rune
Here we come to call ye forth!
Earth and water, air and fire,
Wand and pentacle and sword,
Work ye unto our desire,
Hearken ye unto our word!
Cords and censer, scourge and knife,
Powers of the witch's blade—
Waken all ye unto life,
Come ye as the charm is made!
Queen of heaven, Queen of hell,
Horned hunter of the night—
Lend your power unto the spell,
And work our will by magic rite!
By all the power of land and sea,
By all the might of moon and sun,
As we will, so mote it be.
Chant the spell and be it done!

Eko, Eko, Azarak,
Eko, Eko, Zomelak,
Eko, Eko, Cernunnos,
Eko, Eko, Cerridwen!                    [Repeat till ready]

## SHE CHANGES EVERYTHING SHE TOUCHES

She changes everything she touches, and
Everything She touches, she changes. (Chant)

46

## TOUCHING HER DEEP

Touching Her deep - deep in our center. (Chant)

ROUND TWO

WE ARE ONE WITH THE SOUL OF THE EARTH
(Round)

We are one...
    *We are one...*
With the soul...
    *With the soul...*
Of the Earth...
    *Of the Earth...*
Mother Earth...
    *Mother Earth...*

WE ALL COME FROM THE GODDESS and HOOF
AND HORN

We all come from the Goddess,
    And to Her we shall return
Like a DROP of rain
    Flowing to the ocean.

Hoof and horn, hoof and horn.
    All that dies shall be reborn.
Vine and grain, vine and grain.
    All that falls shall rise again.

Crone and sage, Crone and sage.
    Wisdom is a gift of age.
Sage and Crone, sage and Crone.
    Wisdom's gift shall be our own... BECAUSE...
(Repeat)

47

MALE I AM

Male I am, Wild I am,
Hunter and the Beast I am.

AIR I AM

Air I am, Fire I am, Water, Earth and Spirit I am. (Repeat)

HORNED ONE, HUNTER, SON and HECATE, CERRIDWEN

Horned One, hunter, son,
    Leaper in the corn.
Deep in the Mother,
    Die and be reborn.

Hecate, Cerridwen,
    Dark Mother take us in.
Hecate, Cerridwen,
    Let us be reborn.

BETWEEN THE WORLDS

Between the worlds
We build a circle,
Never ending,
Universal.

We filled it with
Our spirit power,
Send it down,
complete the chain.

49

THE GODDESS SINGS

The Goddess sings of many things,
and _____ is but one....

My brothers we must do our part
to see that _____ comes. (Insert for each witch)

SNAKE WOMAN (Call & Response)

Snake Woman shedding Her skin...
    *Snake Woman shedding Her skin...*
    *Shedding, shedding, shedding Her skin.*
Bird Woman taking flight...
    *Bird Woman taking flight...*
    *Taking, taking, taking flight.*
Star Woman shining bright...
    *Star Woman shining bright...*
    *Shining, shining, shining bright.*
Moon Woman riding the night...
    *Moon Woman riding the night...*
    *Riding, riding, riding the night.*
Blossom Woman opening wide...
    *Blossom Woman opening wide...*
    *Opening, opening, opening wide.*
Rain Woman soaking the Earth...
    *Rain Woman soaking the Earth...*
    *Soaking, soaking, soaking the Earth.*
Tree Woman rooted in Earth...
    *Tree Woman rooted in Earth...*
    *Rooted, rooted, rooted in Earth.* (Add your own)

ROUND THREE

ISIS, ASTARTE (Chant)

Isis, Astarte, Diana, Hecate, Cerridwen, Kali, Inana.

48

## ADDITIONAL SONGS

### EVENING BREEZE

Evening breeze, Spirit song,
Sings to me when the day is done.
Mother Earth awakens me
With the heart beat of the sea.

### EPONA

Waves crash
Hoof beats on the sand... E-pon-a.
White mares,
Spirit of the wild... E-pon-a.

### ISIS, HEART OF THE MOUNTAIN

Isis, Heart of the mountain.
Mountain, breast of the Goddess.
Goddess, Mother of the planet...
Take us home.

### GOD CHANT

Pan, Oden, Baphomat, Cernunnos, Osiris.

### BLESSÈD BE

Blessèd be the Earth
That grows the food.

Blessèd be the Earth,
Blessèd be the Earth
That grows the food.

## INCENSE RECIPES

### SOLAR

### SAMHAIN:
3 parts copal
1 part mullein
1 part chrysanthemums

### YULE:
2 parts frankincense
2 parts pine needles or resin
1 part cedar
1 part juniper berries

### IMBOLC:
3 parts copal
2 parts dragon's blood
1 part sandalwood
½ part cinnamon
1 pinch of the first dry flower

### OSTARA:
2 parts frankincense
1 part benzoin
1 part dragon's blood
½ part nutmeg

### BELTANE:
3 parts copal
2 parts sandalwood
1 part woodruff
1 part rose petals
3 drops jasmine oil

50

51

MEAD MOON:
2 parts sandalwood
4 parts myrrh
1 part sandalwood
1 part lemon peel

WORT MOON:
2 parts gum mastic
2 parts sandalwood
2 parts juniper berries

BARLEY MOON:
1 part mace
1 part cypress
3 drops patchouly oil

BLOOD MOON:
2 parts sandalwood
1 part thyme

SHOW MOON:
2 parts copal
1 part galangal root
1 part pine needles

OAK MOON:
2 parts frankincense
1 part myrrh
1 part clover

WOLF MOON:
2 parts red sandalwood
2 parts benzoin
1 part patchouly

53

LITIIA:
2 parts sandalwood
1 part mugwort
1 part chamomile
3 drops rose oil
3 drops lavender oil

LUGHNASSAD:
2 parts copal
1 part heather
1 part mint
1 part catnip

MABON:
2 parts frankincense
1 part sandalwood
1 part juniper
1 part pine
4 drops oak moss oil

LUNAR

SEED MOON:
2 parts copal
1 part juniper
3 drops cedar

HARE MOON:
2 parts sandalwood
2 parts benzoin
3 drops rose oil

DYAD MOON:
2 parts gum mastic
2 parts citron
1 part mace

52

STORM MOON:
2 parts sandalwood
1 part cypress
1 part juniper berries

CHASTE MOON:
2 parts frankincense
1 part eucalyptus
1 part lemon peel

CLEANSING
Dragon's Blood
Frankincense
Juniper
Myrrh
Mints
Sage
Sandalwood

PROTECTION
Cedar
Cinnamon
Copal
Dragon's Blood
Frankincense
Juniper
Lavender
Mugwort
Myrrh
Patchouly
Sage
Sandalwood

54

COVEN CIRCLE
Blend
4 parts copal
2 parts myrrh
2 parts benzoin
2 parts sandalwood
1 part rose petals
1 part rosemary

ANOINTING OILS
Seed Moon:    dragon's blood, musk
Hare Moon:    patchouly, Rose
Dyad Moon:    citron, lily of the valley
Mead Moon:    sandalwood
Wort Moon:    juniper, copal
Barley Moon:  lavender, patchouly
Blood Moon:   rose, mint
Snow Moon:    clove, myrrh
Oak Moon:     juniper, oak moss
Wolf Moon:    cypress, patchouly
Storm Moon:   benzoin, pine
Chaste Moon:  honey suckle, sandalwood

COVEN CIRCLE OIL
4 drops copal
2 drops myrrh
2 drops sandalwood
1 drop orange
1 drop lemon
1 drop oak moss

55